UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL REYNOLD DEJAGER,<br>a/k/a Daniel Reynold, aka Daniel Miester,<br>a/k/a Danichi,<br><br>Defendant. | NO. 21-CR-00040-RJJ<br><br>REQUEST FOR DISCOVERY |

COMES NOW the Defendant herein, Daniel R. Dejager, by and through his attorney, Brett A. Purtzer of the Hester Law Group, Inc., P.S. and herewith makes demand that the United States Attorney provide this office with any and all discovery materials relative to the above referenced matter pursuant to Fed.R.Crim.P 16.

DATED this _1st_ day of March, 2021.

HESTER LAW GROUP, INC., P.S.
Attorneys for Defendant

By: _/s/ Brett A. Purtzer_
BRETT A. PURTZER
WSBA #17283

Request for Discovery - 1

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157

## CERTIFICATE OF SERVICE

Lee Ann Mathews, hereby certifies under penalty of perjury under the laws of the State of Washington, that on the date set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the plaintiff and co-defendants, if any, and hereby certify that I have mailed the document by U.S. Postal Service to Daniel DeJager, defendant.

Signed at Tacoma, Washington this __2nd__ day of March, 2021.

/s/ Lee Ann Mathews
LEE ANN MATHEWS