1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

8  UNITED STATES OF AMERICA,                    )
                                               )
9              Plaintiff,                       )
                                               )
10     vs.                                      )     NO.  21-CR-00040-RJJ
                                               )
11  DANIEL REYNOLD DEJAGER,                     )     ORDER GRANTING MOTION
    a/k/a Daniel Reynold, aka Daniel Miester,   )     TO APPEAR VIA ZOOM
12  a/k/a Danichi,                              )
                                               )
13                                              )
               Defendant.                       )
14                                              )
                                               )
15  _____)

16
17      BEFORE THIS COURT is defendant's motion to permit counsel and

defendant's appearance at the arraignment presently scheduled for March 8, 2021
18
at 2:00 p.m. Eastern Standard Time, via Zoom.  The Court, having considered the
19
files and records herein, and the Declaration of Brett A. Purtzer filed in support of
20
said motion, and further being fully advised in the premises, now, therefore, it is
21
hereby
22
    ***
23
    ***
24
    ***
25
    ***

Order - 1

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON  98405
(253) 272-2157

ORDERED, ADJUDGED AND DECREED that defendant's motion to appear via Zoom for purposes of the arraignment scheduled for March 8, 2021 at 2:00 p.m. Eastern Standard Time, be and the same is hereby granted.

Dated this _____ day of March, 2021.

_____
JUDGE

Presented by:

HESTER LAW GROUP, INC., P.S.
Attorneys for Defendant

*/s/ Brett A. Purtzer*
Brett A. Purtzer
WSB #17283

Order - 2

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON  98405
(253) 272-2157