UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                        )<br>                   Plaintiff,             )<br>                                                        )   NO. 21-CR-00040-RJJ<br>          vs.                                       )<br>                                                        )   ORDER GRANTING MOTION<br>DANIEL REYNOLD DEJAGER,   )   TO APPEAR VIA ZOOM<br>a/k/a Daniel Reynold, aka Daniel Miester,  )<br>a/k/a Danichi,                              )<br>                                                        )<br>                   Defendant.         )<br>                                                        )<br>                                                        ) | |

BEFORE THIS COURT is defendant's motion to permit counsel and defendant's appearance at the arraignment presently scheduled for March 8, 2021 at 2:00 p.m. Eastern Standard Time, via Zoom. The Court, having considered the files and records herein, and the Declaration of Brett A. Purtzer filed in support of said motion, and further being fully advised in the premises, now, therefore, it is hereby

\*\*\*

\*\*\*

\*\*\*

\*\*\*

Order - 1

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157

1  ORDERED, ADJUDGED AND DECREED that defendant's motion to appear via Zoom for purposes of the arraignment scheduled for March 8, 2021 at 2:00 p.m. Eastern Standard Time, be and the same is hereby granted.

Dated this ___3rd_____ day of March, 2021.

/s/Phillip J. Green
JUDGE

Presented by:

HESTER LAW GROUP, INC., P.S.
Attorneys for Defendant


/s/ Brett A. Purtzer
Brett A. Purtzer
WSB #17283