UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DANIEL REYNOLD DEJAGER,<br>*a/k/a Daniel Reynold, aka Daniel Miester,*<br>*a/k/a Danichi*,<br><br>    Defendant. | NO.  21-CR-00040<br><br>HON. ROBERT J. JONKER<br><br>DEFENDANT'S INITIAL<br>PRETRIAL CONFERENCE<br>SUMMARY STATEMENT |

Defendant, Daniel Reynold Dejager, through his attorney, submits the following initial pretrial conference summary statement.

I.      DISCOVERY
       The defendant requests disclosure pursuant to Federal Rules of Evidence 404(b). The defendant [XX] will  [ ] will not provide reciprocal discovery.

II.     TRIAL
       The defendant requests a jury trial.

III.    MISCELLANEOUS
       The parties acknowledged that if the case is appropriate for expedited resolution and sentencing, a joint motion for expedited sentencing shall be filed within 14 days of arraignment.

       [XX]  Counsel for defendant is unaware at this time of any known conflict with counsel's representation of defendant. Counsel will immediately advise the court if any such conflict becomes know.

IV.     OBLIGATIONS
       [XX]  Counsel for defendant acknowledges having reviewed the Obligations of Defense Counsel section available at the court's website, www.miwd.uscourts.gov >> Attorney Information >> Criminal Case Information.

Dated:      March 8, 2021              *Brett A. Purtzer*
                                       Counsel for defendant Dejager