UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>        Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>CHRISTOPHER ALLAN BODEN, a/k/a  )<br>"Captain," LEESA BETH VOGT, a/k/a  )<br>"Lis Bokt," a/k/a "Moose," and DANIEL  )<br>REYNOLD DEJAGER, a/k/a "Daniel  )<br>Reynold," a/k/a "Daniel Miester," a/k/a  )<br>"Danichi,"  )<br>  )<br>        Defendants.  )<br>  )<br>_____)  | NO. 21-CR-00040-RJJ<br><br>Hon. Robert J. Jonker<br>Chief United States District Judge<br><br>Hon. Phillip J. Green<br>United States Magistrate Judge |

### DEFENDANT DANIEL REYNOLD DEJAGER'S
### WAIVER OF SPEEDY TRIAL RIGHTS

I, Daniel Reynold Dejager, understand that I have the right to a speedy trial pursuant to 18 U.S.C. § 3161. I have discussed this right with my attorney, who informed me that he is continuing to review the discovery in this case and otherwise preparing for trial. After consultation with my attorney, I believe that it is in my best interest to allow my counsel additional time to prepare for trial. I therefore knowingly

and voluntarily agree to the requested continuance of the jury trial date which is currently scheduled for May 11, 2021.

Dated: April 09, 2021

_____
Daniel Reynold Dejager

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157