UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                              Case No. 1:21–cr–40

     v.                                     Hon. Robert J. Jonker

DANIEL REYNOLD DEJAGER,

        Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Change of Plea Hearing
Date/Time:            October 7, 2021   02:00 PM
Chief Judge:          Robert J. Jonker
Place/Location:       699 Federal Building, Grand Rapids, MI


                                             ROBERT J. JONKER
                                             Chief United States District Judge

Dated:  October 4, 2021        By:   /s/ Susan Driscoll Bourque
                                             Case Manager