# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

**USA v.** DANIEL REYNOLD DEJAGER     **DISTRICT JUDGE:** Robert J. Jonker

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:21-cr-40 | 10/7/21 | 2 - 2:39 p.m. | Grand Rapids | |

### APPEARANCES

**Government:** Justin Presant     **Defendant:** Brett Purtzer     **Counsel Designation:** Retained

### TYPE OF HEARING
- [ ] Arraignment:
  - [ ] mute
  - [ ] nolo contendere
  - [ ] not guilty
  - [ ] guilty
- [ ] Final Pretrial Conference
- [ ] Detention  (waived __)
- [ ] Motion Hearing
- [ ] Revocation/SRV/PV
- [ ] Bond Violation
- [x] Change of Plea
- [ ] Sentencing
- [ ] Trial
- [ ] Other: ____

### DOCUMENTS
- [ ] Defendant's Rights
- [ ] Waiver of Indictment
- [ ] Other: ____

**Court to Issue:**
- [ ] Order of Detention
- [x] Notice of Sentencing
- [ ] Order Appointing Counsel
- [ ] Other: ____

### CHANGE OF PLEA
**Charging Document:**
- [x] Read
- [ ] Reading Waived

Guilty Plea to Count(s) 1 and 4 of the Indictment

Count(s) to be dismissed at sentencing: 2,3, 5-16, 18-27

- [x] Presentence Report Ordered
- [ ] Presentence Report Waived
- [x] Plea Accepted by the Court
- [ ] Plea Taken under Advisement
- [ ] No Written Plea Agreement

### SENTENCING

Imprisonment: ____
Probation: ____
Supervised Release: ____
Fine: $ ____
Restitution: $ ____
Special Assessment: $ ____

Plea Agreement Accepted: __Yes __No
Defendant informed of right to appeal: __Yes __No
Counsel informed of obligation to file appeal: __Yes __No

Conviction Information:
- Date: ____
- By: ____
- As to Count (s): ____

**ADDITIONAL INFORMATION:**

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Continued on Bond | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Paul Brandell | **Case Manager:** S. Bourque |