UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Case No. 1:21–cr–40

   v.                                   Hon. Robert J. Jonker

DANIEL REYNOLD DEJAGER,

        Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Sentencing
Date/Time:             February 22, 2022   03:00 PM
Chief Judge:          Robert J. Jonker
Place/Location:       699 Federal Building, Grand Rapids, MI

                                                   ROBERT J. JONKER
                                                   Chief United States District Judge

Dated:  October 7, 2021        By:    /s/ Susan Driscoll Bourque
                                                 Case Manager