UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL REYNOLD DEJAGER,

    Defendant.

_____/

CASE NO. 1:21-cr-40

HON. ROBERT J. JONKER

## ORDER AMENDING CONDITIONS OF BOND

Defendant appeared before the Court on today's date and pled guilty to two counts of an Indictment.  Within fourteen (14) days of the date of this Order, Defendant shall notify his employer, Service Now, of his conviction.  Any subsequent employers Defendant might have prior to the date of sentencing shall be notified as well.  The Court is in no way suggesting the conviction should preclude ongoing employment, but the employer should be fully informed and able to make that decision.

    IT IS SO ORDERED.


Dated:   October 7, 2021            /s/ Robert J. Jonker
                                                ROBERT J. JONKER
                                                CHIEF UNITED STATES DISTRICT JUDGE