# EXHIBIT 2

# INTERNAL REVENUE SERVICE – GRAND RAPIDS, MI

## Case Number: 1000291709
## Transcription of Undercover Recordings
## Oct122018104331EDT.MP3

1

2     thought it was a school.

3         MR. BODEN:  It is a school.  We have a high

4     school downstairs.

5         IRS UNDERCOVER AGENT:  You got a high school

6     down here, too?

7         MR. BODEN:  Yeah, the Open Door - - teens.

8     We also have a high voltage lab, a laser lab, a

9     computer lab, electronics lab.  I've got a giant

10    surplus sale going on right now.

11        IRS UNDERCOVER AGENT:  - - .

12        MR. BODEN:  There's a city block of awesome

13    happening here.

14        IRS UNDERCOVER AGENT:  I'm good.

15        MR. BODEN:  'Kay [phonetic].  Um--

16        [Keyboard clacking]

17        MR. BODEN:  --fuck you, I'm - - .  Yeah, I

18    do that.  All right, to end up at ten grand

19    even, it's going to cost you 11,250 because I

20    can get it done - - .

21        IRS UNDERCOVER AGENT:  - - 11,250.

22        MR. BODEN:  11,250.

23        IRS UNDERCOVER AGENT:  I got - - .

24        MR. BODEN:  Cash, no cards, no checks, I

25    don't need your name, I don't need your ID.

```
 1              CASE: CHRISTOPHER BODEN; NO. 1000291709  22

 2         IRS UNDERCOVER AGENT:  I'm good.

 3         MR. BODEN:  Cash.  That, that's - - .

 4         IRS UNDERCOVER AGENT:  Cash.

 5         MR. BODEN:  Yup.

 6         IRS UNDERCOVER AGENT:  That's cool.

 7         MR. BODEN:  And I can have for, do you have

 8    a wallet for bitcoin?

 9         IRS UNDERCOVER AGENT:  I just got this--

10         MR. BODEN:  No.  What'd you do?

11         IRS UNDERCOVER AGENT:  --no, no, we're good.

12         MR. BODEN:  'Kay, did you set up the seed

13    [phonetic], the seed right?  Did you write down

14    12 words?

15         IRS UNDERCOVER AGENT:  Yeah.

16         MR. BODEN:  Okay.

17         IRS UNDERCOVER AGENT:  Yeah, yeah, oh, yeah,

18    yeah, yeah.

19         MR. BODEN:  Did you write them real clear?

20         IRS UNDERCOVER AGENT:  Oh, absolutely.

21         MR. BODEN:  Did you lock that away where you

22    keep your really good weed and your midget porn?

23         [Laughter]

24         MR. BODEN:  'Cuz anybody who has that list

25    of words has all your money.
```

1

2   in with cash, you'd be like, I need - - done.

3       IRS UNDERCOVER AGENT:  What's your, what's

4   your max though to [phonetic]?

5       MR. BODEN:  Uh, when you get to around five,

6   give me a call first.

7       IRS UNDERCOVER AGENT:  Okay.

8       MR. BODEN:  Just to make sure I got it.

9       IRS UNDERCOVER AGENT:  Okay.

10      MR. BODEN:  And if you do it large, like if

11  you want three, four coins, you let me know.

12      IRS UNDERCOVER AGENT:  Okay.

13      MR. BODEN:  That number on there is my super

14  secret direct cell phone number.

15      IRS UNDERCOVER AGENT:  Gotcha.

16      MR. BODEN:  You can call me any time day or

17  night, no bullshit.  Like you just call me, I

18  don't need your name, I don't need your ID, I

19  don't need your address, you should be like, I

20  need five coins, bingo [phonetic]--

21      IRS UNDERCOVER AGENT:  Great [phonetic].

22      MR. BODEN:  --Chris.

23      IRS UNDERCOVER AGENT:  We're good.

24      MR. BODEN:  And tell your friends because

25  this is one of the best parts of my job because

1            CASE: CHRISTOPHER BODEN; NO. 1000291709   37

2            MR. BODEN:  Okay?  I don't need your ID or

3       your name because you got cash.

4            IRS UNDERCOVER AGENT:  Right.

5            MR. BODEN:  That talks to you.

6            IRS UNDERCOVER AGENT:  Right.

7            MR. BODEN:  So - - this one works the same

8       way.  So at any - - like 'cuz I don't know what

9       you're doing from here, but if you ever have to

10      trust somebody with bitcoin, you're probably

11      about to get fucked.

12           IRS UNDERCOVER AGENT:  Okay.

13           MR. BODEN:  So just, there's never any, it's

14      just like with cash, that that is the exact same

15      thing as digital cash.  Don't trust anybody.

16           IRS UNDERCOVER AGENT:  Okay.

17           MR. BODEN:  So if you like buy from somebody

18      or something like that, or if they're buying

19      from you, you wait until you see it here because

20      right now, it's happening, and I know it's on

21      the network and I've seen the confirmation here,

22      so I know it's good.

23           IRS UNDERCOVER AGENT:  Mm-hmm.

24           MR. BODEN:  But your phone doesn't tell you

25      it's good and god-dammit, your phone will tell

1       CASE: CHRISTOPHER BODEN; NO. 1000291709   48

2   race because there's a very big prize at the end

3   of the race.  And their job is to confirm that

4   that is a legitimate transaction, and there's a

5   whole lot of math into it and I'll explain it if

6   you want, but you'll need like some really good

7   drugs to get there.  But--

8      IRS UNDERCOVER AGENT:  Oh, well, now, the

9   really good drugs part.

10      MR. BODEN:  Yeah, see, yeah.

11      IRS UNDERCOVER AGENT:  I, I can, I can do

12   that.

13      [laughter]

14      [Crosstalk]

15      IRS UNDERCOVER AGENT:  Yeah, the--

16      MR. BODEN:  But it's - - .

17      IRS UNDERCOVER AGENT:  --the, the cocaine I

18   got.  I can get, I can get the co-, cocaine.

19   Yeah, I can sell the cocaine.  I got that; that

20   part is easy.

21      MR. BODEN:  All right.  Giant race happens,

22   and the first computer at the end of the race to

23   prove all the transactions that happened in the

24   previous ten minutes because they all go to big

25   book [phonetic], okay.

1           CASE: CHRISTOPHER BODEN; NO. 1000291709   49

2           IRS UNDERCOVER AGENT:  Okay, wait a minute.

3      Are you cocaine or, or what else you like?

4           MR. BODEN:  I'm not allowed to do cocaine

5      anymore.

6           [Laughter]

7           MALE VOICE:  - - .

8           MR. BODEN:  Yeah.  Oh.

9           MR. BODEN:  Can you get DMT [phonetic]?

10          MALE VOICE:  DMT.

11          IRS UNDERCOVER AGENT:  Okay.

12          MR. BODEN:  That's shit's hard to get.

13          IRS UNDERCOVER AGENT:  I know somebody.

14          MR. BODEN:  But if--

15          IRS UNDERCOVER AGENT:  Okay, go ahead.

16          MR. BODEN:  --yeah [phonetic].

17          IRS UNDERCOVER AGENT:  Go back [phonetic],

18     go, yeah.

19          MR. BODEN:  'Cuz of the - - .

20          IRS UNDERCOVER AGENT:  'Cuz see, you had,

21     you--

22          MR. BODEN:  - - college - - .

23          MR. DE JAGER:  - - college days [phonetic].

24          IRS UNDERCOVER AGENT:  --now, you, you had

25     me think, I was like, oh--

1        CASE: CHRISTOPHER BODEN; NO. 1000291709   50

2        MR. BODEN:  - - cocaine before--

3        IRS UNDERCOVER AGENT:  --did I have a

4    customer?

5        MR. BODEN:  --but I really liked the way it

6    smelled.  So--

7        [Laughter]

8        IRS UNDERCOVER AGENT:  Go ahead.

9        MR. BODEN:  So every transaction - - goes

10   into a ledger and it's just a book.

11       IRS UNDERCOVER AGENT:  A'ight.

12       MR. BODEN:  And the ledger grows for ten

13   minutes and it gets a fuck-tillion [phonetic]

14   transactions, and every transaction that happens

15   in the world of bitcoin for those ten minutes

16   goes in the book.  At the end of ten minutes,

17   they lock the book, it's sealed, and everybody

18   on the network starts the big race of, let's

19   prove all these transactions.  And it's really

20   easy to do; there's a really simple math problem

21   to do.

22       IRS UNDERCOVER AGENT:  Ten minutes.

23       MR. BODEN:  But you have, no, the math

24   problem takes 1000th of a second for a computer

25   to do.

CASE: CHRISTOPHER BODEN; NO. 1000291709  59

1  
2  price because that's what I use.

3     IRS UNDERCOVER AGENT:  Okay.

4     MR. BODEN:  So if you come and buy from me

5  out of my wallet, we always, that way it's all,

6  it's fair.  Like a dollar in bitcoin to me is a

7  dollar in bitcoin to you, and it's cool.

8     IRS UNDERCOVER AGENT:  Gotcha.

9     MR. BODEN:  Um, because we're--

10    MR. DE JAGER:   How much more do you want me

11  to send?

12    MR. BODEN:  --huh?

13    MR. DE JAGER:  How much more do you want me

14  to send?

15    MR. BODEN:  Uh, send them like, well, shit,

16  we're off by a little bit, say, uh--

17    IRS UNDERCOVER AGENT:  We off by 120

18  [phonetic].

19    MR. BODEN:  --send him like 30 bucks.  I

20  want to make sure he's over ten grand.  He

21  doesn't walk out that door unless he's got what

22  I promised him.

23    MALE VOICE:  How much can you do?

24    MR. DE JAGER:  Uh, in which case, I will

25  send him $130.

1          CASE: CHRISTOPHER BODEN; NO. 1000291709  61

2          IRS UNDERCOVER AGENT:  Um, I, I clearly

3    ain't as smart as you.  So--

4          MR. BODEN:  You are, just in different

5    things.

6          IRS UNDERCOVER AGENT:  --that's true, too.

7          MR. BODEN:  Yeah.

8          IRS UNDERCOVER AGENT:  I, I know what I

9    know.

10         MR. BODEN:  Yeah.

11         IRS UNDERCOVER AGENT:  Like I could tell you

12   what it costs for an eightball, I can tell you

13   how to--

14         MR. BODEN:  What does it cost for an

15   eightball - - ?

16         IRS UNDERCOVER AGENT:  You really want to

17   know?

18         MR. BODEN:  Yeah, no bullshit.  What's it

19   cost for an eightball?

20         IRS UNDERCOVER AGENT:  You want me to - -

21   selling cocaine?

22         MR. BODEN:  Huh?  Yeah, why not?

23         IRS UNDERCOVER AGENT:  - - .

24         [Laughter]

25         IRS UNDERCOVER AGENT:  - - he did it.

CASE: CHRISTOPHER BODEN; NO. 1000291709   70

2   gave you my money from what I sell to, so you--

3        MR. BODEN:  - - .

4        IRS UNDERCOVER AGENT:  --you get a pass, all

5   right.  But when you say blow, I was like, man,

6   only - - .

7        MR. BODEN:  [Laughter]

8        IRS UNDERCOVER AGENT:  A'ight.  So white

9   girl.

10       MR. BODEN:  - - .

11       IRS UNDERCOVER AGENT:  'Cuz, 'cuz, 'cuz when

12  you say blow or cocaine, people get a little

13  nervous.

14       MR. BODEN:  Can you even get DMT?  Does that

15  exist anymore?  I've only ever gotten to do it

16  once, and holy shit, that changed my life.

17       IRS UNDERCOVER AGENT:  You've got to have--

18       MALE VOICE:  - - .

19       IRS UNDERCOVER AGENT:  --a good person--

20       MALE VOICE:  Yeah, - - company.

21       MR. BODEN:  That's--

22       [Laughter]

23       [Crosstalk]

24       MR. BODEN:  You've got to understand about

25  DMT, it's not - - like real street value.

1

2    Nobody buys it.  It's so pure, it's so fucking

3    weird, nobody, this is like if you want to get

4    weed, like you can get that anywhere.  You get

5    into the exotic shit, it's hard to get.

6        HSI UNDERCOVER AGENT:  It's, it's, it's just

7    like X [phonetic], isn't it?

8        MR. BODEN:  No.  X is MDNA, uh, the molecule

9    [phonetic].

10       HSI UNDERCOVER AGENT:  Yeah, yeah.

11       MR. BODEN:  And that's terrible, man.  I

12   tried that and that fucking sucked.  But--

13       HSI UNDERCOVER AGENT:  I thought it was the

14   same though like--

15       MR. BODEN:  --DMT is dimethyltryptamine.

16   It's a synthetic, it--

17       IRS UNDERCOVER AGENT:  It come out of China.

18   That's where they--

19       HSI UNDERCOVER AGENT:  Oh.

20       MR. BODEN:  --I don't do that shit.

21       IRS UNDERCOVER AGENT:  I'm, I'm telling you

22   where I've seen it--

23       MR. BODEN:  - - yeah, all right.

24       IRS UNDERCOVER AGENT:  --where I've seen it

25   advertised, and then on, on certain

CASE: CHRISTOPHER BODEN; NO. 1000291709  72

1
2   marketplaces.

3       MR. BODEN:  No, the stuff we used to get,

4   there was a guy synthesizing it in Grand Valley

5   out of Padnos.  He was a buddy of mine; that's

6   how I know about it.

7       IRS UNDERCOVER AGENT:  Oh, okay.

8       MR. BODEN:  I went to college with a guy

9   whose entire mission in life was to get a PhD in

10  organic chemistry because he wanted to be the

11  absolute best drug manufacturer in the world.

12  He probably, you probably have done business

13  with him.  I haven't seen him in years.  He van,

14  he graduated and vanished off the face of the

15  Earth.  He sent me a Christmas card like ten

16  years later saying, did it.

17      HSI UNDERCOVER AGENT:  Did it.  - - .

18      MR. BODEN:  And it was, it was a picture of

19  him from the neck down sitting on a giant pile

20  of cash, and I was like, good job, man.  Like

21  that, he, he figured out really fast like the

22  corner dealers, those guys get shot at way too

23  much, and he's like, the one dude that nobody

24  fucks with is the guy who's making it because

25  everybody wants to take really good care of him.

1

2   So be the smart guy with the chemistry knowledge

3   and you don't have to be tough; you don't have

4   to fucking tote MAC-10s and shit.  You can just

5   be a science nerd--

6       MALE VOICE:  - - .

7       MR. BODEN:  --and make giant piles of money.

8       IRS UNDERCOVER AGENT:  I'll, I'll take, I'll

9   take you one step better.  - - we're good.

10  Yeah.

11      MR. BODEN:  Yeah.  Now--

12      IRS UNDERCOVER AGENT:  All of you be like

13  me: when somebody makes a phone call and says, I

14  need this; I say, how much; they say that; I

15  say, all right, I want cash from you, and you

16  know, I send the white girl over, and that's it.

17  I don't never go nowhere, nobody see me, and

18  what [phonetic].

19      MR. BODEN:  And you're my exact favorite

20  kind of client.

21      IRS UNDERCOVER AGENT:  Simple.

22      MR. BODEN:  Because I get the investment

23  dudes and they're a pain in the ass.  I get guys

24  like you and they're just like, this is what I

25  need, this is what I got.  Cool.  And it's

1          CASE: CHRISTOPHER BODEN; NO. 1000291709   74

2    simple, it's no bullshit, and you're a guy who

3    makes a living out of knowing how to keep your

4    mouth shut.

5         IRS UNDERCOVER AGENT:  Absolutely.

6         MR. BODEN:  - - .

7         IRS UNDERCOVER AGENT:  That's it.  We're

8    good.

9         MR. BODEN:  Yeah.

10        IRS UNDERCOVER AGENT:  That's you, that's me

11   [phonetic].

12        MR. BODEN:  Thank you.  We're good?  You - -

13   me anytime you need me.

14        HSI UNDERCOVER AGENT:  I appreciate that.

15        MR. BODEN:  It's a pleasure.

16        IRS UNDERCOVER AGENT:  That's your number?

17        MR. BODEN:  Yup.  That's my super secret

18   cell phone.

19        IRS UNDERCOVER AGENT:  A'ight.  And then,

20   uh, I'll just hit you with DJ [phonetic], can I

21   just call you - - ?

22        MR. BODEN:  Yeah, that's totally cool.

23        IRS UNDERCOVER AGENT:  A'ight.  I, I--

24        MR. BODEN:  I'll keep you - - .

25        IRS UNDERCOVER AGENT:  --I, I, I am

## C E R T I F I C A T E

I, Dawn Kojak, certify that the foregoing transcript of Internal Revenue Service, Grand Rapids, Michigan, was prepared using standard electronic transcription equipment and is a true and accurate record to the best of my ability. I further certify that I am not connected by blood, marriage or employment with any of the parties herein nor interested directly or indirectly in the matter transcribed.


Signature [Vendor must insert scanned signature]
Date January 21, 2019.

# INTERNAL REVENUE SERVICE – GRAND RAPIDS, MI

## Case Number: 1000291709
## Transcription of Undercover Recordings
## Dec072018121740EST.MP3

1                          CASE NO. 1000291709                    9

2          MR. BODEN:  Yeah.  I am, I, I, what I want

3     to do is figure out how to be the bitcoin empire

4     [phonetic] for you and everybody else in your

5     world.  I want to be the guy like that.

6          IRS UNDERCOVER AGENT:  You're my guy right

7     now--

8          MR. BODEN:  Cool.

9          IRS UNDERCOVER AGENT:  --so long, long as

10    you my guy, I ain't gotta worry about no

11    problems.  I like come in here, it's safe, I

12    ain't gotta go to--

13         MR. BODEN:  Yup.

14         IRS UNDERCOVER AGENT:  --nobody house.

15         MR. BODEN:  Yup.

16         IRS UNDERCOVER AGENT:  And you know, tell

17    them, uh, oh, come to the corner or nothing like

18    that.

19         MR. BODEN:  I, I would love very much to be

20    the bitcoin guy who deals all in cash and knows

21    how to keep his fucking mouth shut.  That's,

22    that's what I want.

23         IRS UNDERCOVER AGENT:  That's what we got.

24    Are you his professional money counter?

25         MR. BODEN:  He's the dude who's worthy of my

CASE NO. 1000291709                    10

2    trust and countenance [phonetic].  He's actually

3    an engineer.

4         IRS UNDERCOVER AGENT:  Okay.  So he was in

5    before, long as you all are cool, I'm fine.

6         MR. BODEN:  Yup, he's cool.

7         IRS UNDERCOVER AGENT:  Okay.

8         MR. BODEN:  So he basically makes sure I

9    don't fuck up.

10        IRS UNDERCOVER AGENT:  That's cool.  Uh,

11   your wingman.

12        MR. BODEN:  Something like that, yeah.

13        IRS UNDERCOVER AGENT:  Uh, everybody got

14   one.

15        MR. BODEN:  [laughter]

16        IRS UNDERCOVER AGENT:  I got my partner.  He

17   usually don't let me move by myself, either, but

18   I told him I'm fine.

19        [Background Noise]

20        MR. BODEN:  Boom.

21        IRS UNDERCOVER AGENT:  We're good

22   [phonetic].

23        MR. BODEN:  I mean, look how, what I can get

24   you for a percentage today [phonetic].

25        IRS UNDERCOVER AGENT:  Yeah, good.

1

2   And we, we might, well, now, can you do that

3   like every week, every two weeks?

4        MR. BODEN:  I can do this if, if I know

5   you're coming, if it's hooked up, I can do this

6   - - .

7        IRS UNDERCOVER AGENT:  I'm sorry I'm late,

8   too.

9        MR. BODEN:  That's okay.

10        IRS UNDERCOVER AGENT:  I, I - - .

11        MR. BODEN:  I just wanted to give you shit.

12   You call me up [phonetic], you're late.

13        IRS UNDERCOVER AGENT:  I know.

14        MR. BODEN:  Fuck you.  [laughter]

15        IRS UNDERCOVER AGENT:  I know, I know.  I

16   was like, no, but I'm, I'm, I'm--

17        MR. BODEN:  I can do this every week.

18        IRS UNDERCOVER AGENT:  --I don't play about

19   money though like--

20        MR. BODEN:  Yeah, it's cool.

21        IRS UNDERCOVER AGENT:  --like 'cuz when I

22   tell people, like when they didn't show up, what

23   I needed, I got on somebody.

24        MR. BODEN:  That reminds me.

25        IRS UNDERCOVER AGENT:  And when somebody

1

2    wants, listen, I'm just letting you know, do

3    they show what I needed, I got all of it.

4         MR. BODEN:  Uh-huh.

5         IRS UNDERCOVER AGENT:  He got right with me.

6         MR. BODEN:  Oh, yeah, I got, I got customers

7    like that.

8         IRS UNDERCOVER AGENT:  So--

9         MR. BODEN:  I got a customer who's a problem

10   bigger than what I'm comfortable handling.

11        IRS UNDERCOVER AGENT:  Like what?

12        MR. BODEN:  He owes me a half-a-million

13   dollars.

14        IRS UNDERCOVER AGENT:  Owe you half-a-mil?

15        MR. BODEN:  He owes me half-a-million

16   dollars.

17        IRS UNDERCOVER AGENT:  500, 500 stacks.

18        MR. BODEN:  Yeah.

19        IRS UNDERCOVER AGENT:  A'ight.

20        MR. BODEN:  He's a weasly little shithole.

21        IRS UNDERCOVER AGENT:  A'ight.

22        MR. BODEN:  And he doesn't roll in my world;

23   he rolls in your world.  This is the kind of guy

24   who's a pain in your ass [phonetic], 'kay?  The

25   people that are pain in my ass tend to drive

CASE NO. 1000291709                    23

fucking Mercedes and shit.  This is a guy that

rolls in your world.  I don't have street cred

[phonetic].  I don't get to roll up on fuckers

in that world; it just ain't gonna work.  Okay?

I'm going to go stock [phonetic] up on this

guy's front porch and he's just going to giggle.

But--

    IRS UNDERCOVER AGENT:  I don't go to nobody

house, man.  You - - .

    MR. BODEN:  --yeah, yeah.

    IRS UNDERCOVER AGENT:  [laughter]

    MR. BODEN:  [laughter]  Puffin [phonetic],

okay?  I get Puffin, okay?  This is me and I get

that I am painfully white and I'm a nerd and I'm

okay with that.

    IRS UNDERCOVER AGENT:  No, man, listen,

listen, no, no, you, you are who you are.

    MR. BODEN:  But I got a guy who owes me a

half-a-million dollars--

    IRS UNDERCOVER AGENT:  A'ight [phonetic].

    MR. BODEN:  --and I want it back.  And I

don't care how you get it, I don't care what you

do, and I'll give you a cut of anything you get

out of him.

1   CASE NO. 1000291709                    24

2   IRS UNDERCOVER AGENT:  [Sighs]

3   MR. BODEN:  If this is a thing you can work

4   with, cool, if this isn't, but I just figured a

5   dude in your world's really good at making sure

6   motherfuckers pay on time.

7   IRS UNDERCOVER AGENT:  Well, I won't, I

8   won't brag, like things is cool and I, I have

9   people who handle stuff.

10   MR. BODEN:  'Kay.

11   IRS UNDERCOVER AGENT:  So they keep my hands

12   from having to do, I got people who do--

13   MR. BODEN:  'Kay.

14   IRS UNDERCOVER AGENT:  --when my dough

15   [phonetic] is late, I just have some--

16   MR. BODEN:  Call your guy and be like--

17   IRS UNDERCOVER AGENT:  --I have somebody

18   speak to him.  [laughter]

19   MR. BODEN:  I can appreciate that.

20   IRS UNDERCOVER AGENT:  So it's not, as you

21   say, he's a pain for a guy like me, but--

22   INTERCOM FEMALE VOICE:  - - Chris?

23   MR. BODEN:  Go for Chris.

24   IRS UNDERCOVER AGENT:  --oh [phonetic].

25   INTERCOM FEMALE VOICE:  - - .

CASE NO. 1000291709                25

1

2          [Beeps]

3          MR. BODEN:  I'm in a meeting.  Is it

4     critical?

5          INTERCOM FEMALE VOICE:  Uh, I just need - -

6     if you've got one minute - - .

7          [Beeps]

8          MR. BODEN:  I'll catch you first when

9     [phonetic] I get out of my meeting.

10          IRS UNDERCOVER AGENT:  Yeah, walkie-talkies.

11          MR. BODEN:  It's a really big building.  We

12     got sick of yelling at each other.  [laughter]

13          IRS UNDERCOVER AGENT:  That's cool.  Um, how

14     you let it get that far though?  Like I'm, I'm

15     just, I'm not knocking you.

16          MR. BODEN:  - - playing big.

17          IRS UNDERCOVER AGENT:  I'm, I'm not knocking

18     you.  I'm just saying like if my 15 don't--

19          MR. BODEN:  He came in--

20          IRS UNDERCOVER AGENT:  --don't come up at

21     this time--

22          MR. BODEN:  --in my world--

23          IRS UNDERCOVER AGENT:  --it ain't gonna get

24     to 30.

25          MR. BODEN:  --one of the things my world has

1

2     in common with your world is we don't trust

3     anybody.  We don't do credit.  I don't deal with

4     credit card shit.  I don't do loans.  I don't,

5     no, this is bitcoin.  You walk in with cash, you

6     walk out with bitcoin, it's a fair deal, no

7     bullshit.  This guy talked me into doing a loan

8     because the terms on the loan were very, very,

9     very favorable.  I borrow this much, I pay back

10    this much, 'cuz he really needed the money.  So

11    I backed him.  But I got all of his info before

12    I did 'cuz I'm a research scientist and I know

13    how to look people up.  So I have a file on him

14    that is substantial.  I got his driver's

15    license, Social Security, I know all of his

16    basic info.  And the problem with it is it's got

17    interest; it's got juice.

18         IRS UNDERCOVER AGENT:  So you're still on

19    the hook for a loan?

20         MR. BODEN:  No, I'm not.  I'm fine.  'Kay?

21         IRS UNDERCOVER AGENT:  Okay, okay.

22         MR. BODEN:  I loaned him bitcoin.  I loaned

23    him a fair bit of bitcoin.

24         IRS UNDERCOVER AGENT:  Okay, okay, okay.

25         MR. BODEN:  And then he didn't pay, and the

2    account had interest--

3        IRS UNDERCOVER AGENT:  Okay, now I'm trying

4    to--

5        MR. BODEN:  --that keeps going up--

6        IRS UNDERCOVER AGENT:  --okay.

7        MR. BODEN:  --and up and up.  And it started

8    out as a, a loan big enough to bother me but it

9    ain't gonna fuck up my life.

10       IRS UNDERCOVER AGENT:  Come on, man.  Just

11   talk to me, how much money are we talking?  How

12   much money?

13       MR. BODEN:  Half-a-million dollars is what

14   he owes me.

15       IRS UNDERCOVER AGENT:  So you, you, you

16   loaned him half-a-mil?

17       MR. BODEN:  No, I loaned him 100 grand.

18       IRS UNDERCOVER AGENT:  Okay, good.

19       MR. BODEN:  He's into me for half-a-million

20   right now.

21       IRS UNDERCOVER AGENT:  'Cuz he - - .

22       MR. BODEN:  And that just keeps going up

23   every day.

24       IRS UNDERCOVER AGENT:  Yeah, yeah.

25       MR. BODEN:  It goes up.

1           CASE NO. 1000291709              28

2       IRS UNDERCOVER AGENT:  I get that.

3       MR. BODEN:  And I, it's cool, it's a nice

4   little retirement policy 'cuz I'll get my money

5   eventually.  If all I wanted to do was fuck him

6   up, his head in burlap is easy to do.  I want my

7   money.  I don't give a fuck about him; I don't

8   give a fuck about his family.  I want my money.

9       IRS UNDERCOVER AGENT:  A'ight.

10      MR. BODEN:  Because this isn't like, you

11  know, the dude owes me $100 bucks, I'm going to

12  go on my day, I'm not going to think about it.

13  This dude owes me half-a-million dollars and now

14  I got a problem.

15      IRS UNDERCOVER AGENT:  Oh, that's for sure.

16      MR. BODEN:  And that's a problem big enough

17  where I can share it because I can come to a guy

18  like you and say, you want to make 100 grand?

19      IRS UNDERCOVER AGENT:  That's what we're

20  talking?

21      MR. BODEN:  Yeah, yeah.

22      IRS UNDERCOVER AGENT:  Okay.  You got my, I

23  just wanted to talk in person, like I - - .

24      MR. BODEN:  Yeah.  That's totally cool.

25  But--

CASE NO. 1000291709                29

2    IRS UNDERCOVER AGENT:  Okay.

3    MR. BODEN:  --I don't care what you do, I

4    don't care how you do it, but you're giving me

5    my $500,000 out of him, I'll put 100 grand in

6    your pocket.  Cash money, no bullshit.  Come

7    right, you, you, you come in with the money,

8    here's your cut, here's my cut, we're both cool.

9    IRS UNDERCOVER AGENT:  Where he stay at?

10   MR. BODEN:  I'll go get his file.  I'll drop

11   that [phonetic], Jesus Christ [phonetic].  I'll

12   be right back.

13   IRS UNDERCOVER AGENT:  Yeah.  Do you know

14   this guy, too, who he talking about?

15   MR. DE JAGER:  Vaguely.

16   IRS UNDERCOVER AGENT:  What he like?

17   MR. DE JAGER:  Um--

18   IRS UNDERCOVER AGENT:  Close that door.

19   Close that, I don't want--

20   MR. DE JAGER:  --yeah, um--

21   [Door closes]

22   IRS UNDERCOVER AGENT:  I mean, just talk to

23   me straight, man.  Is he a white guy, black guy,

24   is he small, he big?  I mean, tell me, tell me

25   about him.

1

2      MR. DE JAGER:  I'm, I'm trying to remember.

3  I only saw him once through a video chat, um,

4  when Chris was--

5      [Door knocking]

6      MR. DE JAGER:  --getting him to sign his

7  legal documents.

8      IRS UNDERCOVER AGENT:  Okay.

9      [Door closes]

10     MR. DE JAGER:  Um, and--

11     IRS UNDERCOVER AGENT:  Tchh [phonetic], this

12  guy actually got a paper file.  [laughter]  Uh,

13  you's a businessman.  [laughter]

14     MR. BODEN:  Damn straight.  [laughter]

15     IRS UNDERCOVER AGENT:  - - .  Uh, you my

16  kind of businessman - - .

17     MR. BODEN:  This is every loan I've given

18  him to date.  It's a whole bunch of little

19  loans, like, uh--

20     IRS UNDERCOVER AGENT:  Let me make sure this

21  thing's still going through and it ain't stuck.

22     MR. BODEN:  --this is a $1,500 loan, 'kay?

23  But it's at 10% [laughter] a year and it

24  compounds.  This one--

25     MR. DE JAGER:  Oh, yes [phonetic].

2          MR. BODEN:  --is a $50,000 loan at 20% per

3    year and it compounds, 'kay?  And this is a

4    $15,000 loan.  You know, I've got a bunch of

5    them.  Um, here's $230,000 at 20% which is, if

6    that number goes any higher, and it's illegal to

7    borrow at that much, 'kay?  Then I'm ass-raping

8    him at 20%.

9          IRS UNDERCOVER AGENT:  Is he always like

10   this?  [laughter]

11         MR. BODEN:  Here's his fingerprints.

12         MR. DE JAGER:  When [phonetic] he's not

13   messing around.

14         MR. BODEN:  Yeah, I don't fuck around.  And

15   here's, uh--

16         IRS UNDERCOVER AGENT:  You have his

17   fingerprints?

18         MR. BODEN:  --you're damn straight.  Here's

19   $15,000 at 20%.  'Kay?  So yeah, dude's into me

20   for a half-million right now.  And I can text

21   you stuff.  I've got every phone number out of

22   his cell phone, all of his contacts.  I got his

23   driver's license, I got his Social Security

24   card, I got everything on this dude.  I own him.

25   Right now, I can con, I can absolutely control

1

2   whether or not he ever has a job, buys a car,

3   buys a house, anything that he doesn't do with

4   cash, I control his entire digital life.  But

5   that's not enough.  Give me a second.  Oh, you

6   can go help him.

7        MR. DE JAGER:  Okay.

8        MR. BODEN:  Thank you.

9        (OFF-MIC)

10       [Door closes]

11       IRS UNDERCOVER AGENT:  So the name, ███████

12   ██████████████ ?

13       MR. BODEN:  ██████████████████████████

14   ██████████████████.

15       IRS UNDERCOVER AGENT:  And he in the D

16   [phonetic].

17       MR. BODEN:  In the D.

18       IRS UNDERCOVER AGENT:  That's the wrong

19   place to be, owing people money.

20       MR. BODEN:  I think he lives in town.

21       IRS UNDERCOVER AGENT:  This say Detroit.

22       MR. BODEN:  Yeah, I know, but I think he

23   lives in town.  I think he lives on the south

24   side of town.

25       IRS UNDERCOVER AGENT:  Oh, okay.

1

2      MR. BODEN:  Out in Wyoming, 36th Street, out

3  in that area.

4      IRS UNDERCOVER AGENT:  Oh, okay.  - - what

5  does the dude look like?  What, let me see the

6  picture.

7      MR. BODEN:  Skinny black guy, lots of tats.

8      IRS UNDERCOVER AGENT:  I don't want him

9  thinking I'm light.  Let me see his, let me see

10  his picture, see what he look like.

11      MR. BODEN:  I don't know if I got it in my

12  file.

13      IRS UNDERCOVER AGENT:  I mean, that's fine

14  if you ain't got it right now.

15      MR. BODEN:  I've got it.  I just don't know,

16  I have it in my phone.  [laughter]

17      IRS UNDERCOVER AGENT:  And he do [phonetic]

18  playing, he playing with your money and you got

19  his fingerprints?

20      MR. BODEN:  Yeah.  But I need, I can give

21  you everything you want on him.  I can text it

22  to you if you want.  If you got an email

23  address, I can dump a ton of pictures on you.  I

24  can put it on a fucking thumb drive for you.

25      IRS UNDERCOVER AGENT:  Yeah, that would be

2   good.

3        MR. BODEN:  I'll put it on a thumb drive,

4   sneaking at that shit.  Next time you wander in,

5   I'll give you a drive.  I can give you copies of

6   all this.

7        IRS UNDERCOVER AGENT:  Yeah.  Get it, get it

8   ready.

9        MR. BODEN:  But--

10       IRS UNDERCOVER AGENT:  So I'm just letting

11   you know this is just between me and you, not

12   going to have any problem, we good.

13       MR. BODEN:  I don't know if you can even

14   help on this at all, but if you can, I'll give

15   you a cut of anything you come in with.

16       IRS UNDERCOVER AGENT:  Well, you said

17   already a hundred?

18       MR. BODEN:  I'll give you a hundred if you

19   give me the full 500.

20       IRS UNDERCOVER AGENT:  All right.  So wait,

21   wait, you, you know what you're saying and

22   everything?

23       MR. BODEN:  I think I got some rough ideas.

24       IRS UNDERCOVER AGENT:  A'ight, we'll find

25   that out.  Uh--

2          MR. BODEN:  I'll put you in contact with his

3     wife.  She'll help you.

4          IRS UNDERCOVER AGENT:  He married?

5          MR. BODEN:  Not for long.

6          [Beeps]

7          MR. BODEN:  She's divorcing his ass.

8          IRS UNDERCOVER AGENT:  Oh, really?

9          MR. BODEN:  Yeah.  She's pissed.  He's a

10    hustler.  And not like the kind of hustler like

11    you and me: he's a fucking fraud.  This guy's a

12    con artist.

13         IRS UNDERCOVER AGENT:  Uh-huh [phonetic].

14         MR. BODEN:  He ain't a good kind of hustler.

15    He's a shithole.

16         IRS UNDERCOVER AGENT:  Trying to think like,

17    I don't know, uh, uh, that's why I want to see

18    his picture to make sure I, you know how you,

19    you like you, you see somebody - - ?

20         MR. BODEN:  You'll have his picture by the

21    end of the day.

22         IRS UNDERCOVER AGENT:  Yeah, that's fine

23    [phonetic].  Um, I didn't even know where he,

24    where he be at.

25         MR. BODEN:  'Kay.

2       IRS UNDERCOVER AGENT:  And you say his wife

3   is going to leave, she's gonna divorce him?

4       MR. BODEN:  Yeah, she's gonna fuck him up.

5   [laughter]  He's a hard guy to find.  He's hard

6   to track down.

7       IRS UNDERCOVER AGENT:  So how she going to

8   divorce him if she can't find him?

9       MR. BODEN:  She knows when he's going to be

10   in Court.

11       IRS UNDERCOVER AGENT:  Oh.

12       MR. BODEN:  She's going to walk into Court--

13       IRS UNDERCOVER AGENT:  Yeah, but she--

14       MR. BODEN:  --when he's in there like

15   getting arraigned for some shit and drop papers

16   on him.  She's had enough of his ass.

17       IRS UNDERCOVER AGENT:  Oh, he got, he got

18   problems with, with, with who else?

19       MR. BODEN:  Everybody.  The whole fucking

20   world wants a piece of this guy.  He's a con

21   artist and he's pulled a lot of shit on a lot of

22   people.  And, and this is just the stuff I, I

23   got in this file.  I got other shit on him.

24   Hell, he scared me out of $15,000 on a stock

25   deal and fucked up one of my accounts.  I got

1                     CASE NO. 1000291709         37

2   kicked off Ameritrade. And this guy's a real

3   piece of work.

4       IRS UNDERCOVER AGENT: Yeah.

5       MR. BODEN: That's why I like bitcoin.

6   That's why I like guys in your line of work.

7       IRS UNDERCOVER AGENT: A'ight, so since you

8   bring it up, yes, I got people who can handle

9   this.

10       MR. BODEN: I'll send you info.

11       IRS UNDERCOVER AGENT: Um, you, you, you

12   know how this stuff works, right?

13       MR. BODEN: I do.

14       IRS UNDERCOVER AGENT: Everybody, everybody

15   makes money [phonetic].

16       MR. BODEN: And you might come in with like

17   ten grand or something, but I'll give you one

18   out of five on everything you bring in, 20%.

19       IRS UNDERCOVER AGENT: Okay. Um, I need,

20   yeah, I mean, I ain't never seen nobody screw

21   nobody over when they got their fingerprints.

22       MR. BODEN: [laughter] I know. It was a

23   first for me, too.

24       IRS UNDERCOVER AGENT: Like--

25       MR. BODEN: That's fucked up.

1

2      IRS UNDERCOVER AGENT:  --and you got his

3   license.

4      MR. BODEN:  I got his license.  I sat with

5   his phone and took a picture and went to the

6   next contact and took a picture, and went, and

7   so like, I have every fucking contact in his

8   phone.  Hell, you probably know a few of them.

9   [laughter]

10      IRS UNDERCOVER AGENT:  That's why I'm trying

11   to think, I'm like, man, do I know this dude?

12      MR. BODEN:  This guy does weed though, like

13   that's his thing.

14      IRS UNDERCOVER AGENT:  Oh, he's little

15   [phonetic].

16      MR. BODEN:  So--

17      IRS UNDERCOVER AGENT:  - - .

18      MR. BODEN:  Yeah, he is.

19      IRS UNDERCOVER AGENT:  That's, well, I mean,

20   I don't know, you know, nah, gees [phonetic].

21      MR. BODEN:  I deal with all the nickel and

22   dime pot guys, like that's my world.  I deal

23   with a lot of them.  They come in here and they

24   buy like a couple hundred bucks in bitcoin and

25   they're doing their buys with that, and it's

1

2    cool.  And for like years, I've done this, I'm

3    like, God, I wish I could meet some of the major

4    players in this town who want to come in and buy

5    like 15 grand a week and shit.  That's where I

6    want to operate because then, I can do bigger

7    buys and I can get you a better price.  The

8    price I gave you today is like fucking 13%.

9    That's nuts.  The - - some dude comes in here

10   buying like 200 bucks, they're paying 25%.

11        IRS UNDERCOVER AGENT:  Mm-hmm [phonetic].

12        MR. BODEN:  I have to because of the

13   transfer rates and everything.

14        IRS UNDERCOVER AGENT:  Yeah.

15        MR. BODEN:  If I do big buys with you, it

16   takes me three days to process it 'cuz I can

17   only do five grand a day.  But if you come in

18   once a week and I know that every week, you're

19   going to want to do 15 grand, I can buy that in

20   advance.

21        IRS UNDERCOVER AGENT:  Okay.

22        MR. BODEN:  Maybe I can get a better rate

23   because if I know you're coming in, hey, and if

24   I can get your rates down, then you're happy and

25   then you're going to come back, and that's where

1

2   I want to be.  I want to, 'cuz no matter what, I

3   get 4%.  I don't get shit.  But the better price

4   I can get you, the happier you.  And if I take

5   good care of you, you're gonna help me get in

6   with more buddies and - - .

7        IRS UNDERCOVER AGENT:  And you're my guy.

8        MR. BODEN:  And that's--

9        IRS UNDERCOVER AGENT:  You're my, you--

10       MR. BODEN:  --I want to be your guy and I

11  want to be your friend's guy and I want like, I

12  want to get your world working on bitcoin.

13       IRS UNDERCOVER AGENT:  Put it, put it to you

14  like this, man, I'm just being honest with you,

15  like I deal with some scary people.

16       MR. BODEN:  Yeah?

17       IRS UNDERCOVER AGENT:  Know what I'm saying?

18  Like people who like when I tell them I, I'm-a-

19  do, I have to do.

20       MR. BODEN:  Yes.  'Cuz if you don't, you're

21  not going to get another chance.

22       IRS UNDERCOVER AGENT:  And they don't, this

23  consignment stuff, I don't know who, I don't

24  know who thinks stuff still works like that,

25  like they say you do this by this day, if not,

1    CASE NO. 1000291709                    41

2    then you got a problem.

3        MR. BODEN:  Yup [phonetic].

4        IRS UNDERCOVER AGENT:  And I want no

5    problems, the same time.

6        MR. BODEN:  I want him to have problems.

7        IRS UNDERCOVER AGENT:  Well--

8        MR. BODEN:  [laughter]

9        IRS UNDERCOVER AGENT:  --if, if you're

10   offering me 20% on whatever I bring out of this,

11   we'll see about that.  We, we, I think I could

12   handle--

13       IRS UNDERCOVER AGENT:  I'll give you every

14   bit of data I got, and what I got is a lot.  And

15   what you can do with it - - I'll give you 20% on

16   anything you bring in.  I don't care if it's 100

17   bucks, I'll give you 20% on everything you bring

18   in.

19       MR. BODEN:  Well, I ain't gonna waste, I

20   ain't gonna waste money--

21       MR. BODEN:  No.

22       IRS UNDERCOVER AGENT:  --'cuz I'm gonna have

23   to, like I said, I, uh [phonetic]--

24       MR. BODEN:  Yes [phonetic].

25       IRS UNDERCOVER AGENT:  --got a guy.

1

2          MR. BODEN:  Well, talk to the guy.

3          IRS UNDERCOVER AGENT:  And I'm gonna say,

4    hey, once you give me what I need, and then, he

5    gonna tell me what else he need to, to, 'cuz I'm

6    gonna be honest with you, man, you know, you

7    want to get paid, there's only so much you can

8    do unless they get paid.

9          MR. BODEN:  Yeah.

10         IRS UNDERCOVER AGENT:  Just being for real.

11         MR. BODEN:  Well, and if [phonetic] that

12   wasn't the case, I'd have burned his house down

13   by now.

14         IRS UNDERCOVER AGENT:  No, no, don't,

15   listen--

16         MR. BODEN:  [laughter]

17         IRS UNDERCOVER AGENT:  --hey, look, so I'm

18   gonna need everything that you got on him.  And

19   then--

20         MR. BODEN:  I'll have a thumb drive for you.

21         IRS UNDERCOVER AGENT:  --next time I come

22   through, we'll do another 15.

23         MR. BODEN:  'Kay.

24         IRS UNDERCOVER AGENT:  Uh, I might do--

25         MR. BODEN:  Do you want me to start setting

1

2  up to do this every week?

3      IRS UNDERCOVER AGENT:  That's what I'm,

4  that's, that's what I want [phonetic].

5      MR. BODEN:  I'd love to do that.

6      IRS UNDERCOVER AGENT:  And even be every

7  week or every other week 'cuz like some--

8      MR. BODEN:  Okay [phonetic].

9      IRS UNDERCOVER AGENT:  --some held up last

10  time.

11      MR. BODEN:  I understand.

12      IRS UNDERCOVER AGENT:  But I called you.

13      MR. BODEN:  Yeah.  And that's cool.

14      IRS UNDERCOVER AGENT:  Okay.

15      MR. BODEN:  Um, and if you give me a couple

16  days' notice, I can, I can do 15 a week.

17      IRS UNDERCOVER AGENT:  Okay.

18      MR. BODEN:  That's about my max.  Like my

19  total absolute max is about 25 a week unless I

20  change my system because right now, the hard

21  part's moving cash to [phonetic] the banks.

22      IRS UNDERCOVER AGENT:  So then, why don't we

23  do this here?

24      MR. BODEN:  But I can do, I can go up to 25

25  a week without any problems.  And right now, I

C E R T I F I C A T E

I, Dawn Kojak, certify that the foregoing transcript of Internal Revenue Service, Grand Rapids, Michigan, was prepared using standard electronic transcription equipment and is a true and accurate record to the best of my ability. I further certify that I am not connected by blood, marriage or employment with any of the parties herein nor interested directly or indirectly in the matter transcribed.

Signature [Vendor must insert scanned signature]
Date January 22, 2019.

# INTERNAL REVENUE SERVICE – GRAND RAPIDS, MI

**Case Number: 1000291709**
**Transcription of Undercover Recordings**
**Dec212018102556EST.MP3**

1

2      IRS UNDERCOVER AGENT:  So yeah, I want this

3   one [phonetic] on top of mine.  So now, let me--

4      [Background Noise]

5      MR. BODEN:  Whatchu got?

6      IRS UNDERCOVER AGENT:  On this, what's,

7   what, what, what, whatchu got on it?

8      MR. BODEN:  A lot.

9      IRS UNDERCOVER AGENT:  A lot [phonetic]?

10      MR. BODEN:  It's all pictures.

11      IRS UNDERCOVER AGENT:  Okay.

12      MR. BODEN:  It's his driver's license.

13      IRS UNDERCOVER AGENT:  A'ight.

14      MR. BODEN:  His Social Security card.  I sat

15   down with his phone--

16      IRS UNDERCOVER AGENT:  Mm-hmm.

17      MR. BODEN:  --and went through his contacts,

18   took a picture, every single one.  Right now,

19   word has it he is in Indiana.  Um, I'll get you

20   some more details.

21      IRS UNDERCOVER AGENT:  Okay.

22      MR. BODEN:  He's shacking up with his new

23   girl and, uh, who is dumb as fuck and,

24   [laughter] and I'll, uh, get you her name.

25      IRS UNDERCOVER AGENT:  Okay.

CASE NO. 1000291709                    12

2      MR. BODEN:  Uh, I've got some info.  Are you

3  on Facebook or anything or, okay.  I'll send it

4  to you via text.

5      IRS UNDERCOVER AGENT:  Yeah, by, yeah, text

6  is fine.  That's cool.

7      MR. BODEN:  I can do that.

8      IRS UNDERCOVER AGENT:  Uh, right [phonetic].

9      MR. BODEN:  Um, but he's jumped parole, so

10  he's on the run, and a whole lot of people

11  looking for [phonetic].

12      IRS UNDERCOVER AGENT:  And the police,

13  police looking for him, too?

14      MR. BODEN:  Oh, yeah.  Everybody's looking

15  for [phonetic].

16      IRS UNDERCOVER AGENT:  - - .

17      MR. BODEN:  But I got a pretty good idea

18  where he's at.

19      IRS UNDERCOVER AGENT:  Okay.  So that make

20  it harder because these guys, a'ight, I mean--

21      MR. BODEN:  Oh, he already didn't want to be

22  found.  He's into me for half-a-million dollars.

23      IRS UNDERCOVER AGENT:  Right.

24      MR. BODEN:  He's hiding from me.

25      IRS UNDERCOVER AGENT:  So, well, we got, I

1

2    mean, I gotta get to him before the police do.

3        MR. BODEN:  You got a pretty good shot at

4    that.

5        IRS UNDERCOVER AGENT:  Yeah.  So you got his

6    driver's license on here, his, all the pictures

7    and stuff.

8        MR. BODEN:  Yup.  It's all in there.

9    There's like 100 pins in there easy.

10        IRS UNDERCOVER AGENT:  What about the baby

11    momma [phonetic]?

12        MR. BODEN:  Um--

13        IRS UNDERCOVER AGENT:  What's--

14        MR. BODEN:  --I'll get you her info?

15        IRS UNDERCOVER AGENT:  --okay.  You got it?

16        MR. BODEN:  Yeah.  I know her name.

17        IRS UNDERCOVER AGENT:  A'ight.  What's her

18    name?

19        MR. BODEN:  Uh, man, I haven't talked to her

20    in - - it's gonna take a while to find - - .

21        IRS UNDERCOVER AGENT:  No, that's cool.

22    Take your time.  We're still, - - still do--

23        MR. BODEN:  Yeah.  All right.

24        IRS UNDERCOVER AGENT:  --um--

25        MR. BODEN:  Her name is ████████

CASE NO. 1000291709                    14

1

2      [phonetic].

3          IRS UNDERCOVER AGENT:  Can you write it

4      down?

5          MR. BODEN:  Okay.  Yeah, this is his wife

6      who's trying to serve him divorce papers.

7          IRS UNDERCOVER AGENT:  What's she look like?

8      She fine?

9          MR. BODEN:  She all right.  Tex, Texas girl.

10         IRS UNDERCOVER AGENT:  She a'ight.

11         MR. BODEN:  'Kay, so this is, she works at

12     Spectrum.

13         IRS UNDERCOVER AGENT:  What, she a nurse?

14         MR. BODEN:  Something.  I don't know.

15         IRS UNDERCOVER AGENT:  Oh, okay.

16         MR. BODEN:  'Kay, so this is what I got from

17     her.  She's, she's a nurse.  Other girl is--

18         IRS UNDERCOVER AGENT:  Can't [phonetic] do

19     that, too many women.

20         MR. BODEN:  Yeah.

21         IRS UNDERCOVER AGENT:  He's my kind of guy

22     except he don't pay his bills.

23         MR. BODEN:  Yeah.

24         IRS UNDERCOVER AGENT:  I pay my bills but I

25     got to though.

MR. BODEN:  ███████████████████ who

is in Indianapolis, Indiana.

IRS UNDERCOVER AGENT:  The, the baby momma

told you that the girlfriend stay there?

MR. BODEN:  Yeah.  That's where he's at.

He's staying with her.

IRS UNDERCOVER AGENT:  [laughter]

MR. BODEN:  Um--

IRS UNDERCOVER AGENT:  Oh, this dude

amazing.

MR. BODEN:  She goes by ███ on Instagram.

IRS UNDERCOVER AGENT:  And what she look

like?

MR. BODEN:  I ain't got a picture of her.

That's just her Instagram picture.

IRS UNDERCOVER AGENT:  No, don't worry about

that.

MR. BODEN:  Um, and that is her real name.

That's ██████████   There can't be that

many in Indy.

IRS UNDERCOVER AGENT:  White girl, black

girl?

IRS UNDERCOVER AGENT:  Black girl I imagine.

IRS UNDERCOVER AGENT:  - - black girl?

CASE NO. 1000291709                              16

1

2      A'ight.

3          MR. BODEN:  Yeah.

4          IRS UNDERCOVER AGENT:  And the

5      chick, white girl, black girl?

6          MR. BODEN:  Black girl.

7          IRS UNDERCOVER AGENT:  Black.

8          MR. BODEN:  That's the girl's picture you

9      saw.

10         IRS UNDERCOVER AGENT:  Oh, okay.  [Yawns]

11     I'm still waiting, uh, - - .

12         MR. BODEN:  Yeah - - confirmations yet.

13         IRS UNDERCOVER AGENT:  Um--

14         MR. BODEN:  So that's--

15         IRS UNDERCOVER AGENT:  --yeah.

16         MR. BODEN:  --that's your info.

17         IRS UNDERCOVER AGENT:  Now, whatchu want me

18     to do to him 'cuz the dude's a bit--

19         MR. BODEN:  I want my money.

20         IRS UNDERCOVER AGENT:  --all right, in, in--

21         MR. BODEN:  That's all I care.

22         IRS UNDERCOVER AGENT:  --but listen to me,

23     listen to me.  The dudes I'm dealing with, they

24     only want to do what I tell them to do.

25         MR. BODEN:  Mm-hmm.

1

2      IRS UNDERCOVER AGENT:  I'm only gonna tell

3  them to do what you tell me to do.  I know you

4  want your money but--

5      MR. BODEN:  That's all I care about.  What

6  happens to him, I don't give a shit.  He's--

7      IRS UNDERCOVER AGENT:  You can't--

8      MR. BODEN:  --he's worthless.

9      IRS UNDERCOVER AGENT:  --yeah, but you can't

10  get paid if he in a certain way.

11      MR. BODEN:  Yeah, I know.  Like you kill

12  him, he ain't gonna pay me.  And, and I don't

13  need him dead; he's dumb.  He's like, he's, I, I

14  deal with people who have done actual evil in

15  the world who deserve to be, you know, treated

16  such, but this guy's just an idiot hustler.

17      IRS UNDERCOVER AGENT:  No, he's a thief.

18      MR. BODEN:  That, too, but, eh.

19      IRS UNDERCOVER AGENT:  I see.

20      MR. BODEN:  How you handle this, this is

21  your world.  I care that I get my money back.

22  Beyond that, it's whatever's most efficient for

23  you--

24      IRS UNDERCOVER AGENT:  Oh.  Okay.

25      MR. BODEN:  --because I'll give you 20% of

CASE NO. 1000291709                    18

2   whatever you give me back.  How you handle it is

3   all on you--

4         IRS UNDERCOVER AGENT:  Okay.  Okay.

5         MR. BODEN:  --'cuz that's not my world.

6   What the fuck do I know?  I--

7         IRS UNDERCOVER AGENT:  Uh-huh [phonetic].

8         MR. BODEN:  --I'm a computer nerd.

9         IRS UNDERCOVER AGENT:  I'm just, you can't,

10  you can't get blood.

11        MR. BODEN:  If I need, yeah, if, if I need

12  to fuck a guy up, I don't deal with the, you

13  know, couple brothers show up with pipes and

14  work him over.  In my world, if I want to fuck

15  someone up, I make an edit to LEIN or NCIC.  All

16  I gotta do is, if, if I wanted this guy's--

17        IRS UNDERCOVER AGENT:  To what?

18        MR. BODEN:  --like to suck, a LEIN, Law

19  Enforcement Information Network, and NCIC is--

20        IRS UNDERCOVER AGENT:  - - .

21        MR. BODEN:  --the National Crime Information

22  System.  I got computer hacker friends.  You

23  want to fuck up a guy's life really fucking

24  hard, you'd call up, I got a friend who is head

25  of security for a very large credit card

2    company.  You call him up and say, I need a LEIN

3    edit for this guy, they hack the LEIN system and

4    they put him in, you know when the cops like

5    pull you over and they got their computer?

6         IRS UNDERCOVER AGENT:  Uh-huh.

7         MR. BODEN:  'Kay?  It's that network.  And

8    if you want to destroy a dude's life--

9         IRS UNDERCOVER AGENT:  No, I don't want no

10   problems.

11        MR. BODEN:  You edit that and you just put

12   him as a escaped felon, escaped convict.  You

13   put in there that he's got a 20-year sentence at

14   some shithole prison in the middle of Nebraska

15   or something, and when they pick him up, he

16   doesn't go to jail.  He doesn't go to trial.  He

17   just, [Snaps fingers] they take him in.  You got

18   it?

19        IRS UNDERCOVER AGENT:  Yeah.

20        MR. BODEN:  Any change?

21        IRS UNDERCOVER AGENT:  Three point--

22        MR. BODEN:  Let me see what we got for

23   confirmations on it.  It's on the same networks

24   - - quick.  No, in my world, you fuck a guy

25   over, you make it so he can never buy a house,

1

2   never buy a car, never have credit, never get a

3   utility in his name.  Yeah, you already got a

4   confirmation.  It's 3.2 full fucking bitcoins,

5   dude.  That's serious shit.

6        IRS UNDERCOVER AGENT:  A'ight.  So do what I

7   do?  I just put this in the computer?

8        MR. BODEN:  Yeah.

9        IRS UNDERCOVER AGENT:  Don't need no

10  password or nothing?

11       MR. BODEN:  Nothing.

12       IRS UNDERCOVER AGENT:  A'ight.

13       MR. BODEN:  It's wide open.  I don't care

14  who's looking for him [phonetic].  [laughter]

15  You can put that on billboards for all I care.

16       IRS UNDERCOVER AGENT:  Come on now, man, you

17  [phonetic]--

18       MR. BODEN:  I'll give you 20%, anything you

19  bring to me.

20       IRS UNDERCOVER AGENT:  --everything I do is

21  just--

22       MR. BODEN:  I'll even give you 20% in

23  bitcoin if you want.  I can do that.  And

24  there's your investment strategy, see?

25       IRS UNDERCOVER AGENT:  That what I was

1

2  thinking about actually.

3     MR. BODEN:  Yeah, I'm totally cool with

4  that.

5     IRS UNDERCOVER AGENT:  I was gonna, I was

6  gonna ask you like, a'ight, so if I just, if I

7  get you something, now, how you want me to get

8  it to you?  You want--

9     MR. BODEN:  Cash.

10    IRS UNDERCOVER AGENT:  --a'ight.

11    MR. BODEN:  Cash is easy.

12    IRS UNDERCOVER AGENT:  So you want me to,

13 you want me to make sure he give me the cash?

14    MR. BODEN:  I'll take bitcoin from him.

15    IRS UNDERCOVER AGENT:  A'ight.

16    MR. BODEN:  But I don't think he's got any--

17    IRS UNDERCOVER AGENT:  Okay [phonetic].

18    MR. BODEN:  --which is funny 'cuz everything

19 I've ever given him has been in bitcoin.

20    IRS UNDERCOVER AGENT:  Really.

21    MR. BODEN:  Mm-hmm.

22    IRS UNDERCOVER AGENT:  That dude crazy.

23    MR. BODEN:  Yeah, he's dumb.

24    IRS UNDERCOVER AGENT:  And you said he sell

25 weed?

1

2      MR. BODEN:  And [phonetic] lots of it, far

3  as I know.

4      IRS UNDERCOVER AGENT:  So why he ain't got

5  no money?

6      MR. BODEN:  What the fuck was that?  That

7  ain't right.  Hmm.  I don't know.  Maybe he's

8  not very good at selling weed, but he's got a

9  hell of a lot of my money.

10      IRS UNDERCOVER AGENT:  I mean, it's legal

11  now.

12      MR. BODEN:  [laughter]  How is that going to

13  affect?

14      IRS UNDERCOVER AGENT:  I sell cocaine, man.

15      MR. BODEN:  Yeah, you, you're fine, but a

16  lot of my customers sell weed.  Are they all

17  just done?  Are they out of business now or--

18      IRS UNDERCOVER AGENT:  I ain't sold weed

19  since I was 16 years old.

20      MR. BODEN:  So you don't know nothing about

21  it?

22      IRS UNDERCOVER AGENT:  I mean, just, uh,

23  like 15, 16 is old, that's another, I mean,

24  that's--

25      MR. BODEN:  Yeah [phonetic].

C E R T I F I C A T E

I, Dawn Kojak, certify that the foregoing transcript
of Internal Revenue Service, Grand Rapids, Michigan,
was prepared using standard electronic transcription
equipment and is a true and accurate record to the
best of my ability. I further certify that I am not
connected by blood, marriage or employment with any
of the parties herein nor interested directly or
indirectly in the matter transcribed.

Signature [Vendor must insert scanned signature]
Date January 22, 2019.