1

2

3

4

5

6               UNITED STATES DISTRICT COURT FOR THE
                    WESTERN DISTRICT OF MICHIGAN
7                          SOUTHERN DIVISION

8   UNITED STATES OF AMERICA,              )
                                           )
9              Plaintiff,                  )
                                           )        NO.  21-CR-00040-RJJ
10       vs.                               )
                                           )        Hon. Robert J. Jonker
11  CHRISTOPHER ALLAN BODEN, a/k/a         )        Chief United States District Judge
    "Captain," LEESA BETH VOGT, a/k/a      )
12  "Lis Bokt," a/k/a "Moose," and DANIEL  )
    REYNOLD DEJAGER, a/k/a "Daniel         )        Hon. Phillip J. Green
13  Reynold," a/k/a "Daniel Miester," a/k/a )       United States Magistrate Judge
    "Danichi,"                             )
14                                         )
                                           )
15             Defendants.                 )
                                           )
16  _____)

17

18       COMES NOW the defendant, Daniel Dejager, by and through his attorney,

19  Brett A. Purtzer of the Hester Law Group, Inc., P.S., and submits the following.

20       Attached hereto are letters submitted on behalf of Mr. Dejager that the Court

21  is asked to consider at the time of sentencing in the above-captioned case.

        RESPECTFULLY submitted this 10th day of February, 2022.
22
                              HESTER LAW GROUP, INC., P.S.
23                            Attorneys for defendant Dejager

24                            /s/ Brett A. Purtzer
                              _____
25                            BRETT A. PURTZER
                              WSB #17283

    Letters in Support - 1                          HESTER LAW GROUP, INC., P.S.
                                                    1008 SOUTH YAKIMA AVENUE, SUITE 302
                                                    TACOMA, WASHINGTON  98405
                                                    (253) 272-2157

# Janie-Lou Culbertson Bode

2607 41st Street SE, Puyallup, WA  98374
(253) 495-7280

E-Mail: bjanielou56@gmail.com

Wednesday, January 12, 2022

Re: Daniel De Jager

To the Honorable Robert J. Jonker:

I have known Daniel for 12 years since 2010 when my husband and I first came to pastor the church that Daniel attends (Tacoma Christian Reformed Community Church). I am a retired schoolteacher with a master's degree is in learning and behavioral disabilities and taught and lived in Guam for 27 years. When my husband died 8 years ago I lost my computer tech support guy, handyman, general advisor, and friend. Since Daniel lived only a few miles from my house I would often call him up to ask for help with my computer and other repair needs. Daniel and his brother were especially helpful with computer issues. I know Daniel to be kind, compassionate, and very smart in a geeky kind of way.

As a former special education teacher I recognize some autistic like tendencies in his mannerisms and character. Thinking outside the box and being able to problem solve technical issues come rather quickly and easily for him. Reading emotional and social cues does not come so easily for him. I was happy for Daniel when I heard that he had found some friends who were also kind of "geeky"...friends he could fellowship with that "speak the same computer language" so to speak. On the other hand, doing something wrong intentionally would be very much out of bounds for Daniel. This I know.

I don't believe that Daniel would easily be able to recognize if he were being set up or recognize when a "friend" is really a wolf. He has always impressed me as being one who is a little naïve and likes to think well of his "friends".  I think Daniel is a follower and not yet a leader. I understand and respect that Daniel pled guilty to some crimes regarding money handling. He would, I am sure, plead guilty when properly advised that something he had been involved with might have indeed been illegal. Daniel also is the audio-visual technician for our church and regularly helps with vacation bible school. Daniel also provides housing for his younger brother and his aunt, a nurse, who is experiencing failing health. I consider Daniel like a son and a friend who, in spite of his shortcomings, is a very decent and caring individual who is very much worth giving a second chance. I thank the court and ask for leniency and mercy in sentencing.

Sincerely,

Janie-Lou Culbertson Bode

Sharon M. Dillinger, PhD, LMHC                              Counseling/Psychotherapy Services

10202 Pacific Avenue south, suite 211                          Tel/Fax:253.548.8824
Tacoma, WA  98444                                        www.pacificsouthcounseling.com

Brett A. Purtzer
Hester Law Group, Inc., P.S.
1008 S. Yakima Avenue, Suite 302
Tacoma, WA  98405

January 6, 2022

Mr. Purtzer,

At the request of my former patient, Mr. Daniel DeJager, I am writing this letter to inform you of the initial purpose of Mr. DeJager's entry into therapy and the effects of his legal dilemma on his mental health.

In October of 2019 Mr. DeJager initiated therapy stating that he wanted to develop better tools for managing his Attention Deficit Disorder and his depressed mood.  He stated that he was missing joy in his life.  We determined that his chronic depression was the likely cause of his joylessness and he sought medication intervention for both of his conditions.  While he experienced positive results from the medication regimen, the escalation of his legal situation along with the uncertainty around its resolution became increasingly problematic for his emotional functioning.  He eventually recognized his responsibility in his situation and accepted his inability to avoid or control the consequences. This allowed him to release the rumination and worrying.  It was at that time – March 30,2021 -  that he elected to terminate therapy.

I hope this has been helpful information for your work on behalf of Mr. DeJager.

Respectfully,

Dr. Sharon Dillinger, PhD, LMHC

Mary Frances Chenette, DPT
Adjunct Professor, Northern Virginia Community College
13961 Shalestone Dr.
Clifton, VA 20124
703.220.7124
maryfchenette@gmail.com

January 17, 2022
RE: Daniel De Jager

To the Honorable Robert J. Jonker.

My cousin Daniel and I have known each other since we were in our car seats in the 80's. Aside from semi-regular family vacations together and sporadic visits, our respective families have always kept closely in touch across the country.

Daniel is a born handyman. At age two he taught himself to disassemble his crib railing, and his parents wisely supplied him a succession of projects to tinker with - a broken sewing machine, an old typewriter, and various discarded appliances. As a child his eager offers to mend problems could alarm as well – one time he injured his eye permanently with a car antenna, another time partly crushed his foot by dropping a motor on it. Even so, he's learned from mistakes, and has long since proved a most capable and generous fixit man for family, friends, neighbors or anyone in need. If he doesn't know how to help, he finds out how. I remember him fixing a friend's dishwasher, improving the quality of his parents' landline, driving to help out when grandpa's internet service went out. He used his own manual transmission vehicle to teach me to drive stick shift, remaining unflappably calm while I practiced. This year he's using his 3-D printer to produce safety devices for the doors around his church. He also enjoys explaining software conundrums for random people online.

Daniel's genius is looking at a problem and identifying a better way – it's how he loves others. I'm aware he pleaded guilty for money laundering and operating a business illegally. In his "outside-the box" -thinking, he has found himself outside the law. He should have known better, and not trusted friends and employers. He's never been one to pretend things – it's more the opposite, that he needs a better filter on his honest foolishness. I can tell you that he's grateful to have been set straight; he says it was the Lord who loved him enough to keep him from moving deeper down the wrong path.

I, like many others, will grieve deeply if Daniel must go to prison. I'm sure he'd be a good influence on others there, but I'm afraid he might not be the same afterwards in a not-good way. I ask you respectfully to please give my cousin Daniel a sentence that is merciful, and just, and right. Thank you for your time.

Sincerely,

*Mary Frances Chenette DPT*

Mary Frances Chenette, DPT
Adjunct Professor, Northern Virginia Community College

**PUYALLUP FAMILY PRACTICE**
220 15TH AVE SE
PUYALLUP WA 98372-3797
Phone: 253-435-3400
Fax: 253-435-3444



November 9, 2021

Daniel Dejager
1004 131st St Ct E
Tacoma WA 98445

RE: Daniel Dejager
DOB: 5/16/1986

To Whom It May Concern:

Daniel Dejager is a patient of mine.  He has been under my care since 2013.  I have seen him for several visits throughout the years.  He is a kind, mild-mannered, family-oriented person who I have gotten to know well.  In my professional opinion, I have gotten the impression that he cares for others and often puts others' needs first.  Regarding his character, he comes with my highest recommendations.

Please call if you have any questions.

Sincerely,

Brian Kim, MD

December 16, 2021

Matthew Fultz

9803 Sudley Manor Dr.
Manassas VA 20109

571-424-8631

m.fultzbaseball@gmail.com


To the Honorable Robert J. Jonker,


I'm married to Daniel DeJager's cousin, Patricia Fultz, and have known Daniel for three and a
half years. I'm an electrical engineer at MITRE in Manassas, VA and have spent most of my
time with Daniel during family vacations or via phone, such as when as he helped me design a
workbench I built for my garage.

I haven't known Daniel long, but he's one of the most humble and gifted DIY craftsmen I know.
He builds purely for the enjoyment and to serve others through his creations. He played a role in
inspiring me to go from intimidated by DIY projects to rebuilding my 3rd car engine for fun. I
look forward to family vacations with Daniel as I find him interesting, thoughtful, and uniquely
gentle.
I realize he has pled guilty and you must judge justly. But, I ask for leniency as far as the law
allows as I consider him a friend who I believe has learned much in the past few years. He
mentioned to me in August of 2019 that he's learned that you have to be careful who you trust as
a friend. As you are aware, a prison sentence would not affect just Daniel, but his family as well.
Not only do I covet time spent with Daniel, but also want my children (2 and 1 on the way) to
know him well.
I am available to confirm the facts of this letter as necessary.
Thank you for your service and willingness to read this letter.

Sincerely,

Matthew Fultz

Carol Frances Chenette
Parc Dessuard, Bat F, 18 Avenue du 24 Avril 1915, 13012 Marseille, France
carolfchenette@gmail.com   mobile: +33 7 68 30 61 99

13 December, 2021

RE: Daniel De Jager

To the Honorable Robert J. Jonker,

I am Daniel's maternal aunt.  My husband is retired US Navy.  Since 2016 he has been serving as the pastor of the International Christian Community, the English-speaking evangelical church in Marseille, France.

I moved around a lot after I got married and so did not live near Daniel when he was growing up. However, I have known him and kept up with him his entire life, mostly through regular family visits to my sister, Angela, who is his mother.

I understand that Daniel has pled guilty to conspiracy to operate an unlicensed money transmitting business and to money laundering.  If he was operating a business without following the rules. I honestly think he must have done it in ignorance.   Knowingly hiding illegal money is out of character for him. Our family has never had much business sense, so I am not surprised if Daniel was not good about keeping financial records.  To my knowledge,  he has been careful to obey the law in all other areas of his life, paying taxes that are owed and being careful to follow code when working on his house.

When Daniel first informed me about what he was accused of, he told me that he wasn't guilty.  I sensed his sincerity.  He was very hurt when one of his closest friends deserted him after Daniel told him what he'd been accused of, even though Daniel denied the charges.

Daniel is generous, kind, and caring for his family, often providing technical assistance for them when needed.  For many years, he has provided housing for his brother, James, who, since losing his job with FedEx, seems incapable of finding suitable work.  Also for many years, Daniel has provided housing for his sixty-eight year old aunt Nancy, my sister, who has a part time job, is not in good health, and so had to cut back on her work hours.  Daniel has provided a lot of technical volunteer work for his church.

Positively, the stress of Daniel's trial has mellowed him and his character has improved.  The arrogance he sometimes displayed in the past seems to be gone. He has become quite humble and delightful.  My husband and I are pleased that He appears to be genuinely trusting God in all of this, knowing that all things work together for good to those that love God and are called according to His purposes.

Until his conviction, Daniel had a very good job.  We are sad that his company decided to release him after he informed them of his conviction.

We pray that you will have the wisdom of Solomon in your decisions and have mercy on this kind young man.

Sincerely,
*Carol Chenette*
Carol Chenette

Rebecca Harriet Chenette
6th Grade Teacher, Ad Fontes Academy
13961 Shalestone Dr.
Clifton VA 20124
703-220-7928
rebeccachenette@gmail.com

January 12, 2022

RE: Daniel De Jager


To the Honorable Robert J. Jonker,


     I am Daniel's first cousin, and have known him about 30 years. Our families grew up vacationing together about every 3-5 years, but as we grew into adulthood, my visits to his side of the family grew annual as our grandparents aged, and one visit lasted four months.


     I respect that Daniel has pled guilty to conspiracy to operate an unlicensed money transmitting business and money laundering, and wanted to share what I know of him so you have a fuller picture.  Daniel has always been a gentle giant, more mature than his peers, whose trustworthiness was never doubted. He has always been known for serving others regardless of the cost to himself and often invisibly. He has taken extra special care of his late grandparents, family, and extended family. He took into his home an aging aunt with health and financial challenges, arranged for her to cook instead of pay rent, and built her a special heated building on his property just for her crafts/woodworking. During one family beach vacation while the rental agency delayed in addressing 18 reported problems with the house, Daniel, unnoticed, went around fixing them. He volunteered as an officer of his homeowner's association, and at his church as a technical lead and Deacon. He has always had an inspiring deep faith.


     Thank you for your role in his life at this time. I ask that you would treat him as you would your own son. I am available to confirm the facts in this letter if necessary.


Sincerely,

*Rebecca Harriet Chenette*

Rebecca Harriet Chenette
Sixth Grade Teacher, Ad Fontes Academy, Virginia

November 20, 2021

Rick Schuurmans
4596 2nd Street
Caledonia, MI 49316
616-490-4770
schuurfive@yahoo.com

Honorable Robert J. Jonker,

My name is Rick Schuurmans, Uncle of Daniel DeJager. I have known Daniel for most of his life, and just wanted to let you know of our understanding of Daniel's character, which is beyond reproach. I believe he was ignorant and trusted people he should not have.

That being said, I would hope that you, sir, would have leniency on Daniel as you sentence him on February 22, 2022. Being a convicted felon already carries a burden that he will find hard to bear.

Sincerely,

Rick Schuurmans

November 20, 2021

Laura Schuurmans
4596 2nd Street
Caledonia, MI 49316
616-301-5803
schuurfive@yahoo.com

Honorable Robert J. Jonker,

I am Daniel DeJager's aunt, and have been privileged to know him his entire life. Although we live many states apart, I feel I know Daniel quite well.

Thankyou for reading my letter. I want to present to you the Daniel I know; the Daniel who may not have been fully revealed to you during his indictment and plea deal to 2 felony counts.

Daniel is a young man with a cheery disposition; a full, welcoming smile; and an intelligent yet whimsical way of putting words together. He has regularly put his technology abilities to use at his family's church, Tacoma Christian Reformed Church, where he ran the sound system and prepared service recordings.

He served his immediate family by initiating a few renovation projects, teaching himself the necessary "how-to's" to get the project done reasonably well. He often shared his enthusiasm for the progress of each project via Facebook. After buying his own home, Daniel took on projects with this same excitement for learning to do it on his own. He didn't hesitate to share his home with a brother and an aunt. His aunt got special attention when he renovated a car-port into a "she-shed" just for her.

These qualities, his desire to be useful and of service to others, certainly led him to his involvement with the Geek Group in Grand Rapids, MI.

I feel Daniel was naive regarding the connections he was making across the miles and his knowledge of the seriousness of any dealings of which he was doubtful. His conscience was speaking to him, but the well-intended mission of the Geek Group was clouding his vision.

My heart is heavy for Daniel. I would be terribly grieved to lose Daniel to a lengthy jail sentence. Therefore, I am asking for leniency in his sentencing. I believe he has been humbled and has learned how wrong connections can lead to situations one would never initiate on one's own.

Thank you so very much for taking time to read my letter and for considering who Daniel is from my point of view. He will be in our prayers often as he awaits his sentencing.

Sincerely

Laura Schuurmans

**Christine Chenette Grano**
106 Harrison St NE
Leesburg, VA 20176
(703) 477-9419
christy.grano@gmail.com

December 13, 2021

Re: Daniel De Jager

To The Honorable Robert J. Jonker,

I am an engineer and entrepreneur in the Washington DC area, and also cousin and friend of Daniel De Jager who you will be sentencing in February for crimes to which he has pled guilty. Daniel is my closest cousin in age, and has been a significant part of my life since I can remember. Our large families are close and we have enjoyed being in similar lines of work for most of our adult lives.

I am writing to respectfully share my experience with Daniel's character and contribution to society over the past few decades, as it may be a relevant factor in the sentencing calculation. I feel strongly that Daniel's guilty plea in this matter is in no conflict with my knowledge of the following character qualities which I have personally observed in him over many years:

1. Daniel plays a critical role in his fairly large family and community. As the oldest sibling and the highest earner in his large family, Daniel has been a very influential person for about 10 years. He uses his power for good, to encourage others and help them be the best they can be. Over the years I have heard every member of the extended family mention how Daniel has influenced or assisted them, whether driving them to an appointment or helping pay for a needed item. Through the years it has been Daniel who has had the most reliable car, the most reliable tools, or the expertise to help solve a problem. He is a longstanding leader in his church, helping with all sorts of technology needs and enabling the church to help the community through assistance with internet needs, software needs, and security needs. The last time I spoke to Daniel he said that his number one priority before sentencing was to help the church with a number of projects. During that conversation he also mentioned events going on in the lives of three different families in the church; he is well connected to so many families there and I know that his friendship and service will be sorely missed if affected by the upcoming sentence.

2. Daniel is an uncommon example of generosity.  For the past ten years Daniel has grown into one of the most generous people I know, giving substantial donations to others in both time, money, and personal space.  He has opened his home to more than one acquaintance of mine, sometimes greatly inconveniencing himself to make others comfortable.  The most meaningful example to me is to offer very low rent to his brother and our aunt when they both needed an affordable place to stay.  Daniel loves gadgets, garages, and toys, but he puts these desires aside so that whoever needs a place to stay can not only have a room but also feel at home when they are with him.  Whenever he visits my family he looks for ways to make others more comfortable than when he came - fixing anything he finds broken and looking for ways to be useful to anyone who has trouble with anything.  Everyone knows that if you have a need, Daniel is one of the most compassionate people you can ask and he will do whatever he can to assist.

3. Daniel is a man of honesty.  Since I can remember, Daniel has believed that he is answerable for every word he says.  When I spoke with Daniel recently about the trial, he said that despite everything that has happened he at least has the peace of mind that he was trying to be honest.  I do not doubt him, as I don't think Daniel could lie if he tried.  During the time of his trial Daniel said he was doing his best to work amicably with lawyers and the others involved in the case; I know this to be true because Daniel simply doesn't have any other way of functioning.  He is honest to a fault, and I wanted to mention this in case it was not abundantly evident through the trial process.

4. Daniel is a humble and quick learner.  I have no doubt that the trial has exposed Daniel as a highly intelligent man, but I hope you also know that he applies himself humbly when he makes a mistake, and this experience with the law will be no exception.  Whatever the final outcome of this trial, I am confident that Daniel will learn from any errors he has made and never repeat them.

Considering these facts, I respectfully request that extreme leniency be offered to Daniel, both for his sake and for that of his community.  I hope these examples make clear that whatever advice or chastisement is offered in the courtroom will immediately be taken to heart by Daniel; I feel strongly that a severe sentence will not benefit him or anyone else, and that the sooner he is able to participate in society the better off we will all be.


Sincerely,

Christine C Grano

Christine Chenette Grano

Jay DeBoer

32321 Whitman lake Drive

Graham, WA 98338

253.209.5186

deboerjay@aol.com

Jay@tacomacrc.org


12.02.21

Re: Daniel De Jager

To: The Honorable Robert J Jonker


Hello.  My name is Jay DeBoer and I am the Administrator at Tacoma Christian Reformed Community Church in Tacoma, WA.  I have known Daniel for 20+ years through our church.  I know Daniel's family and I knew him as a young man, growing up and then taking leadership positions in our church.  He was a Deacon and has served us so well as our Technology "subject matter expert".  He is our "go-to" for all things computer, video, sound, and security.  He has done this without pay and without need for recognition and often paying for things out of his own pocket.

Daniel has shared his felony conviction with me and has been very open with these discussions.  I was taken back by the details of the conviction.  This is not something Daniel would have done intentionally!! Daniel has a caring/trusting spirit and is willing to do anything to help others.  I can see where perhaps in the spirit of helping, Daniel was thrown into a situation that went beyond his expertise.

Again, Daniel has "owned" all these possibilities and is sickened that he may have caused harm to anyone including any reflection this may have on his church "family".

Your honor, I ask that you have leniency when considering the sentencing in this case.  Daniel is a good man.  I stand beside him in this situation and am willing to help in any way that I can.  Please feel free to reach out to me if there is something, additional, that I can do.

I appreciate your taking time to read this and for your consideration in this matter!

Sincerely,

Jay DeBoer

Rachel Campbell

13012 E Mission Avenue, Spokane Valley, WA 99216

(253) 448-0236

racheledj@gmail.com

November 30, 2021

RE: Daniel De Jager


To the Honorable Robert J. Jonker,

I am Daniel De Jager's younger sister. I have known him my entire life. We were raised and homeschooled together. I have also maintained close contact to Daniel throughout my adult life. We visit each other frequently despite living five hours apart.

I know that Daniel has been convicted of Money Laundering and Conspiracy to Operate a Money Transfer Business Without a License. I am shocked and hurt on his behalf at this conviction. I have always known him to be a trustworthy and good man.

Daniel is someone who has always been one of my closest role models in how I view resources and money, due to his transparentness and honesty, and because of his generosity. He has always been one of the most generous people I know. As the oldest sibling of seven, he has always been open and willing to share everything he has; when he was young he happily used his earnings to buy extra-large bags of candy so that he was assured enough to share with everyone. As an adult, Daniel contributes time, many skills, and resources to anyone who asks. He has also spent his most of life working with our hometown church, assisting and staying up-to-date with technology and information for a growing church. Daniel has been a deacon for the church, trusted with monetary contributions and spending. Understanding the importance of transparency and discretion in how the church's resources were to be used, always accountable to the church members. This church continues to trust him to this day, while he openly shares what his is able to of these proceedings.

In the past many months of these proceedings, Daniel and all his loved ones including myself have had the growing anxiety of so many unknowns in how his life might be changing, with yet undecided consequences of the conviction. Despite this, Daniel has maintained a positive life attitude. As always, Daniel has continued to prove to be a worthy role model to me, as he maintains his openness, warmth, generosity, and constant growth of character in the face of this life-changing conviction.

I ask you to have leniency in Daniel's sentencing. In particular, I ask for Daniel not to be required to serve prison time. The loss of Daniel's presence in my life, the community in my hometown, the church and church members, and to the rest of my family would be sorely felt.


Sincerely,

Rachel Campbell

To the Honorable Robert J. Jonker,

My name is Frank Quijada and am currently the Youth Leader and Worship Director Interim at Tacoma Christian Reformed Community Church where I have attended since 2001, and where I met Daniel DeJager since that time. While Daniel and I have not become the most intimate acquaintances, I can attest however, to his moral character in high regard. I have witnessed his high work ethic and the quality of said work. He has not taken advantage of his knowledge to defraud or deceive for whom he has done work. On the contrary, because of the unique skill set he possesses, people have unconsciously overused him and his kindness, and he has tirelessly contributed much to our operation. At the present time, we are dealing with a number of technical issues that need resolving and he has graciously taken the time and care to troubleshoot them and also in training others to do so.

Daniel is a sincere person with a warm heart and takes care not to mistreat or demean others. While I am not advocating Daniel's moral perfection, I certainly am promoting his high moral ethic.

Please do not hesitate to contact me for further questions or clarifications.

Frank Quijada
1227 180th St.
Spanaway, Wa. 98387
253-208-9321
frank@tacomacrc.org

Cameron Campbell

13012 E Mission Ave, Spokane Valley, WA 99216

November 30, 2021

RE: Daniel De Jager

To the Honorable Robert J. Jonker,

I, Cameron Campbell, am writing this letter as the brother-in-law to Daniel De Jager. I must've met Daniel sometime during the 2016 calendar year, so I've known him for about five years. In these five years I'd say we've become good friends (and family, but he didn't have much of a choice there). While I was not privy to many of the details while his case was active, I was always confident that had he known that what he was doing was illegal—he would have stopped. If I've learned nothing else about Daniel over the last five years, I would say that it is in his nature to use the newest tech and gadgets to help others and build relationships.

I am aware that Daniel has been convicted of several felonies involving Bitcoin such as money laundering and helping create an unregistered financial institution known as the Geek Group. However, I have no doubt that his actions were intended to help others-- never realizing that his actions were illegal. Since I bought a house in March of 2020, Daniel has frequently offered to drive five hours across the state on a Friday night to help me with a household project because he has a tool he thinks will help, only to drive another five hours back home on Sunday. He expects nothing in return. I've seen him at my Mother-in-law's and Father-in-law's place nearly every holiday, he's always showing off a new gadget or helping with a project—again, he expects nothing in return. He does these things for the joy of others; he enjoys seeing his work yield results for others who need it.

During one of Daniel's five-hour trips to my home, Daniel walks out of the bedroom laughing; someone at his church in Tacoma, where he volunteers his time, woke him up with a call just to ask where the internet router is so they can reset it. Daniel is a bringer of joy to those around him, he builds people up and supports them to the best of his ability.

I appreciate you taking the time out of your day to review and consider what kind of man Daniel is. I ask that you not only consider his joyful and helpful nature to those around him, but also that you review his sentencing with mercy.

Sincerely,

Cameron Campbell

Cyndy Jacobsen
Washington State House Representative, 25th district
1404 25th St. SE
Puyallup, WA 98372
253-227-5249
CyndyJacobsen@gmail.com

November 30, 2021

RE: Daniel De Jager

To the Honorable Robert J. Jonker:

I have known Daniel De Jager and his family for over 25 years in the context of the homeschool community. My kids, who were homeschooled, grew up with Daniel and his large homeschooling family. Homeschooling, for better or worse, can produce kiddos who are a bit sheltered. Daniel may have been especially so.

I trust Daniel implicitly. I have taught him in homeschool co-op, hired him and given him autonomy to help with our family business, watched as he achieved his computer science degree, and watched him as an adult as he continues to provide a haven for family members at his house. Daniel is a trusted friend who will be, for example, picking up the sandwiches for my daughter's December wedding.

I am particularly grieved about Daniel's conviction. I got a chance to talk with him after the indictment and he showed real contrition and a desire to make sure that he never again is involved in anything that is not completely on the up and up.

I am asking and hoping for leniency for Daniel in sentencing. His family relies on him and I know that he is contrite for his role in the Geek Group.

Sincerely,

Cyndy Jacobsen
Cyndy Jacobsen

Reynold De Jager
3804 110th Avenue East
Edgewood, WA   98372-2249
253 840-1716
dejager@juno.com

November 29, 2021

Re: Daniel De Jager

To the Honorable Robert J. Jonkers,

I am Reynold De Jager, father of Daniel De Jager.

Daniel recently pleaded guilty of illegally working with cyber-coins while helping the Geek Group in Grand Rapids.

I knew that Daniel was mining cyber-coins, and I reminded him that he had to pay taxes on what he made. I did not know that he was selling them to the Geek Group.

Daniel enjoyed the Geek Group and gave us a tour of it when we were in Grand Rapids visiting my relatives in the area. It looked like fun. They were making used computers for students in the community. He even wanted to move there so he could be more involved. My wife and I were also thinking of moving back to GR, too !

Daniel has already lost his very nice long-held computer job at Service Now, Inc. Having myself worked and retired as an engineer at Boeing for 37 years on Secret military programs, I know how important this job was to him.

Daniel is otherwise a fine upstanding person and good son. He keeps computers working for my wife Angela and me, and for our church. His brother and aunt live in his house.

I ask that you consider his good involvement in our community when you sentence him.


Sincerely,
Reynold De Jager
/Reynold De Jager/

James De Jager
1004 131st St Ct E Tacoma
11/24/2021
Dejager11@gmail.com

To the Honorable Robert J. Jonker:

I am James De Jager. I am the younger brother of Daniel. I've had a very close relationship with my brother my entire life. Many memories span from us playing in the yard, to working on cars, to helping with various projects of Daniels, to both of us pitching in to help a friend. We have gone on hikes, vacations, and more together and even now I am renting a room from Daniel to live as a roommate. I got to watch this unfold about as closely as possible.

I was told that as part of sentencing that it's helpful for the judge to have character reference letters so that you can better know the person you have to sentence. I figured you would want my perspective as his brother. Why he did what he did from MY view.

Daniel has been the technical wizard of our family for a long time. If there is some project that needs doing, he's the one who steps up with the expertise. That or he knows a better method for the project so that Mom or the neighbor or I can do it themselves. Everything from digging and diagnosing our septic tank, to building electronics, to helping our neighbor with building their shed or troubleshooting what's wrong with the car or the Wi-fi.

He doesn't like having nothing to do. His vacations usually involve yet more projects of his he wanted to get done. Or, more relevant, flying over to Michigan to help the Geek Group with THEIR projects.

Daniel and I still believe in the idea behind the Geekgroup. A place for someone to go to get the expertise and knowledge and tools to finish their projects. This involvement and excitement in the idea was very typical of Daniel. A thing he could do, or work on, that can be turned around to then help someone else. To FIX something.

I totally understand why Daniel jumped in so hard to support the Geek Group. It was pretty much doing what Daniel was doing already, but helping even more people.

With that all in mind. I hope you see that Daniel was doing exactly what he has been doing his entire life. He wanted a project to do, and even better, a project he could then turn around to help others.

He has never wanted to cause trouble. Quite the opposite, he has always wanted to FIX troubles. That his projects and wishing to help got him in trouble hurt him very much. He was very shaken when he was served his court papers.

As part of this letter, I ask that in sentencing you do not give him prison. He would only be able to...just sit there. Even now, as he has had to quit his job and can't really get into any big projects until the sentencing, it leaves him feeling very stranded. Please be lenient on him and let him continue to help others and keep on being the brother I respect and know so well. Someone who wishes to help others.


Sincerely,


James De Jager



# TACOMA
## CHRISTIAN REFORMED
## COMMUNITY CHURCH

Rev. Clay Warren
Senior Pastor
2419 East 72nd Street
Tacoma, WA 98404

To the Honorable Robert J. Jonker,

Your Honor, I am writing this letter on behalf of Daniel De Jager. I am Daniel's pastor. I have been his senior pastor for the past eight and a half years and I previously served this church as his youth pastor from May of 1998 to June of 2013. This means that I have not only known Daniel for over 23 years, but I have known him well. I also know his family well. I have performed weddings for them, counseled them, prayed with them, and served side by side with them for over two decades. Daniel has served this church as a deacon and served it with integrity, commitment, and humility. He has also served the church as our technical advisor and has put in countless hours making sure that all of our technology is working smoothly. We are deeply thankful for all that he does to serve this church.

Daniel has always been a good man. He has tried hard to live his life by a strong moral code. He has cared for his family, particularly his brother and his aunt by providing housing for them. Therefore, when I heard of Daniel's conviction I was deeply saddened. Daniel sat in my office and we cried together. I witnessed a man who was deeply broken and frustrated with himself. His internal disappointment was not only that he would break his own moral standard but also that he would allow himself to be influenced to do so. He is such a trusting man and had to learn a hard lesson about who you put your trust in. I would not wish this experience upon anyone, but I believe having to face his inadequacies has matured him immensely. Daniel is trying his best to face this with honor and respect. He knows that he needs grace. Nobody deserves grace because grace by definition is unearned. That being said, I truly know this young man's heart and I know that there is no risk of him being involved in anything like this again. He has learned from his failures and is a better man for it.

Therefore, I would ask you for leniency when considering his sentencing. I ask this simply because I know who Daniel is and I know who he wants to be. He wants to live his life caring for others, serving his church, and serving his community. Even through all the court proceedings, the angst and worry, Daniel has not faltered in serving others. He, like most of us, has made a serious mistake, but I hope you can see past it to the humble man that he is.

Thank you for taking the time to read this letter. My thoughts will be with you as you wrestle with these difficult decisions.

Sincerely,

*Pastor Clay Warren*

Pastor Clay Warren

Angela De Jager
3804 110th Ave E
Edgewood, WA  98372
253-861-2676
Teaisfine@gmail.com

October 28, 2021

Re: Daniel De Jager

To The Honorable Robert J. Jonker,

Daniel is my eldest son, and we have a very close relationship. He is my son, but he is also my friend.

I understand he pleaded guilty to 2 crimes involving money. This profoundly shocked me because my experience of him is as an honest man, filled with integrity and generosity. He has never been greedy, indeed, he is always willing to share what he has, while trying to be responsible. This past year has changed him, of course. He has become a lot less confident, naturally.  He is quieter, more patient, less inclined to jump to conclusions about others' motives and more thoughtful and vulnerable. If anything, he has become more giving and generous of his time and resources.

I dread the thought of Daniel going to prison. He is my primary practical support: when I have questions about technology, he's the one I bring my problems to. When I have problems with my car, he always has good suggestions and helps me as needed. When I have problems with my home maintenance, he is always willing to offer help with brain storming solutions, sharing equipment, a strong back and experienced "can-do.". He's also my back up emotional and practical support for my disabled daughter and son, his youngest sister and brother: he opens his home to them, offers to help and spend time with them and encourage them.  I pray with him, joke with him and tease him. We have wonderful conversations and I respect him deeply. He is kind, smart and so willing to help, but also willing to listen and offer advice and encouragement and hold me accountable. I can, and have, asked him to drop everything and come rescue me.

Thank you, your Honor, for reading this letter, and trying to consider all aspects of this situation. I ask you to have leniency with Daniel. I know him and he will do his best to honor whatever penalty you hand down. Because he pleaded guilty, penalty there must be, but I ask it not to include time in prison. I beg you to have mercy on him, and the many people his incarceration would impact, although, perhaps, especially me. If needed, I would be happy to discuss any of this further.

Sincerely,

Angela  De Jager

October 28th, 2021

Margaret Matthews
3804 110th Ave. E
Edgewood, WA 98354
(703)-850-0478
maggieDmatthews@gmail.com

     RE: Daniel De Jager

To the Honorable Robert J. Jonker,

     Daniel is my older cousin. When my mother moved into his house as a live-in cook 6 years ago, I had the fortune of getting to know him better. I came to know him through the eyes of my mother, and through my own. While I have known him all my life, it is in these most recent years that I have been able to closely observe his character. Let me share what I know.

     I understand that he is in trouble. He was finally able to share with us his story, and it explained a lot. This last year there has been a change in Daniel, and he has grown in many ways because of it. Through his mistakes he has grown and matured. Though he has lost friends and communities, he has not turned bitter.

     Daniel is a gentle giant in our family. He shows much compassion and love for my mother, even when they drive each other crazy. He handles confrontation with teachability and is sincere with every bone in his body.  He is generous, expressing his affection through gifts during Christmas, a listening ear, and a scritch on the head. He does his best to take care of those around him, and his family and friends are clearly cherished. He does not hoard his knowledge or skills and is eager to teach and share them. He has taken the time to teach me how to use power tools and is patient throughout. If he sees a need, he works hard to fill it if he can, in family, church, and community. He is an important cornerstone in our family dynamic.

     He gives the warmest hugs.

     He is loved and fully loves others.

     He is a brother, a friend, and beloved cousin.

The fear of him going to jail has been a cloud over our household (and his) as we worry for him and his future. Please have leniency toward this man.

Thank you for your time.

Sincerely,

Margaret Matthews

Elizabeth De Jager

Daniel De Jager is my brother.
Daniel has toid me he has pled guilty, but I still love him just the same.
I love him because he is my big brother and he has always been there for me.
It would make me very sad if he want to jail because I am very close to him and I love seeing him.
 Elizabeth De Jager

Nancy Matthews
1004 131st St Ct E. Tacoma Wa 98446
541 401 0529
ndmatthews55@gmail.com
November 7, 2021


Re: Daniel De Jager


To the Honorable Robert J. Jonker

I am Nancy Matthews, the aunt of Daniel.  6 years ago I moved into Daniels house to cook for him in exchange for rent.  This has been a mutually satisfactory arrangement.

Daniel is a generous young man.  3 years ago he built me an art studio for all my art projects.  He was exceptionally supportive of me as I pursued my Masters Degree a couple years ago. In my observations he seeks to be consistently honest and his integrity is without question in my mind.

Daniel has been greatly affected by this legal situation.  It has been good for him.  He used to think he was the smartest person in the room...now he is less arrogant.  He is kinder and a bit more sensitive to those less quick-witted.  Daniel has not always been teachable regarding his naivete and his innocence. That is changing.  That is a good thing.

This has been an extremely difficult situation for Daniel.  It has forced him to grow up and face his weaknesses.  I believe at his core, Daniel has a strong moral code.  He realizes he has made severe mistakes in his judgement and is recognizing his responsibility in this.

Sincerely

Nancy Matthews

Mrs. Jenn Marie Bosworth
4624 Waller Road
Tacoma, Wash.98443
Jennbosworth@outlook.com

November 4, 2021
Re:  Mr. Daniel De Jager


To the Honorable Robert J. Jonker,

It is my intent to provide you with a picture of my relationship with Mr. Daniel De Jager so that you can view him from my perspective as his friend.  I have known Dan for about eleven years.  We belong to a church that emphasizes multi-generational relationships so not only is he a friend to me, my husband, and children, but we are also friends with his parents and siblings.

In particular, I have a personal connection with Daniel due to his involvement in our church's Vacation Bible School (VBS).  About nine years ago, I took the role as the song leader for this children's program.  Besides leading songs, there are also teaching and skit components.  Now I don't have an ultra-strong voice, was very nervous, and not doing too well with a man that I didn't know very well running the sound booth and (in my mind) making judgments about me and the director's choice of me to do this.  However, I couldn't have been more wrong.  Daniel was the man in the sound booth and he made a point of giving me some positive advice, made me feel comfortable with something he articulated, and mentioned that he wasn't in a hurry and that we could also continue again on the morrow so that I had adequate practice.  The following year I took over as director, kept the song/skit leader job, and asked Daniel to partner with me doing the sound and tech parts of the program.  We've been a team all these years since.  I can't imagine running VBS without him.  He is my support, problem solver, idea guy, and peppermint mocha delivery man.  One year he noticed that I spent the day at the church planning the evening program and then the entire program time running around like a chicken with its head cut off – never pausing to eat.  So, he started bringing me iced mochas each afternoon which is one of the kindest, most thoughtful things anyone has ever done for me.  He has been doing this for years.  He always says yes to another year of VBS – a way of serving the children in our congregation and neighborhood with his tech talents.  I truly appreciate Dan each and every year.

As my children have gotten older, Daniel and his brother James visit our home several times a year for dinner and games.  Often, they will play Magic with our older sons.  We've also played family games in order to include the youngest.  The De Jager men are lovely guests – they are relaxed, and interactive with our children, they offer to assist in helping, bring flowers or cookies for dessert.  We absolutely love having them over.  We enjoy their company, conversations, and unique outlook on life.  Last week they brought their younger sister whom they were caring for over the weekend as she has some developmental delays that keep her from staying alone.  I appreciate how family and friends are important to Daniel.

I have never seen anything other than polite, calm behavior from Dan.  When we found out that he was in some legal trouble, he astounded me with his humble attitude.  He wasn't able to give us details early on, but he was forthright in saying that he had done a lot of soul-searching, was willing to go through the legal process and accept the consequences whatever they may be.  That God was ultimately in control and would use the circumstances for his good even if it meant the worse of consequences – prison.  He mentioned that he had learned some valuable, highly personal lessons about ideas of personal control and that he felt that what had happened to him had drawn him closer to the Lord and was making him a better person.

In every capacity of my interactions with Dan, he has been a kind, caring, and thoughtful person.  I have seen him mature through his personal adversities.  There are many types of people in life and I think Dan is one of the best kinds.  It is too bad he made such a life-shattering mistake, but he has grown from it in positive ways.  I have seen no malice, or bitterness, or anger.  Just contriteness and acceptance.  I can only hope that this letter can aid your perspective of Daniel and you can see him as I do.

Respectfully Submitted,

Jenn Bosworth

Kristin Wolter
911 2nd Ave NW
Puyallup, WA 98371
253.355.5560
kristin.wolter@tacomacrc.org

November 3, 2021

RE: Daniel De Jager

To the Honorable Robert J Jonker:

My name is Kristin Wolter and I am the Office Manager for the Tacoma Christian Reformed Community Church, Tacoma, WA, where Daniel is our Technology lead. I have known Daniel since he was a toddler, working closely with him now in our positions within the church.

I understand that Daniel has been convicted of a felony charge in relation to Bitcoin. When Daniel shared this information with me I was astounded. In my opinion, Daniel would never do anything willfully wrong that would bring harm or misfortune to him or to others. In fact, quite the opposite. Daniel has such a caring heart and is willing to go the extra mile to help someone in need or gratuitously offer his technological expertise. For example, recently, residents in a neighboring town had to be evacuated from their homes due to noxious fumes. Daniel offered to house anyone, for any length of time. Technology-wise – Daniel has volunteered his time to re-wire our church building, adding security cameras and monitors throughout. Without his volunteerism, our financial cost would have been high. This is who Daniel is – selflessly going above and beyond, thinking of others and wanting to help them. Since sharing his conviction with me, I have noticed Daniel to be reflective, remorseful, even possibly grateful that the partnership he was in ended before even greater unforeseen damage could have been done.

Your Honor, on behalf of Daniel I would ask that when determining his sentence, you would be lenient. Daniel is an upstanding citizen and his knowledge and generosity are greatly valued. If you would like to speak with me, you may contact me at the addresses/number listed above. If there is a way I can help Daniel, as he has helped so many others, I would be honored. I appreciate your consideration!

Sincerely,

Kristin Wolter

October 28, 2021

Brett Purtzer
c/o Hester Law Group
1008 S Yakima Ave
Suite 302
Tacoma, WA  98405

Regarding: Daniel De Jager

To the Honorable Robert J. Jonker:

I am Ken Gritter.  I have been a resident of Pierce County for over 22 years.  During this time, I have gotten to know Daniel De Jager.  We attend the same church, we served on the church board together and we work together on audio/visual during the services.

I understand that Daniel has been found guilty of a crime and is awaiting a sentencing hearing.  I have always found Daniel to be of exemplary character.  In my dealings with Daniel, I have found him to be an honest, hard-working, caring individual.  He is always willing to volunteer for additional duties at the church and always follows up and completes his commitments.

I want to thank you for taking time to consider my letter and recommendation.  I ask that you be lenient on Daniel during the sentencing.  I am confident that you will find many others who are also complimenting Daniel character.  While I don't know all the details of the case, I believe he made an honest mistake.

Again, thank you for taking the time to consider my recommendation.

Sincerely,

Ken Gritter
9317 – 64th Avenue Court East
Puyallup, WA  98371
206-730-6268
ken@hudsonbayins.com

Sarah Rossiter

20733 Grove Place NE, Arlington, WA 98223

(360)-548-9130

Serossiter1996@gmail.com


To the Honorable Robert J. Jonker,

My name is Sarah Rossiter, I am a friend of Daniel DeJager's. I met him through my boyfriend, now husband, Joshua Mirgon at a gathering 2 years ago. Daniel has been a close friend of mine for a year and a half of that time.

I am writing this letter because he is a dear friend and I respectfully want to give my opinion of his character.

I know what Daniel's conviction is, and when I found out I was surprised and saddened. But his handling of it, his willingness to repent of his wrongdoing, caused me to respect and esteem him.

Daniel and I became close after I sustained a major head injury and lost my memory. I needed specialized medical care not covered by insurance. My husband and I had no idea how we were going to make this happen. When out of the blue, Daniel donated to our gofundme that we had created to ask people to help for this cause. The money he donated was enough to cover all my medications and a few appointments.

I didn't remember who Daniel was at this time, just that he was very kind to me. That he was caring and generous and someone I could respect and trust. I got to re-know him at a retreat soon after that, and he told me of his conviction. Though I was surprised and saddened as aforementioned, it didn't shake the respect and love and true friendship I felt for this man. Not because of his generosity, but because of the way that opened the door to knowing his character. A respectable, trustworthy, gracious man. Who has taken what he has been through and allowed it to make him wiser, more loving, more intentional and more gracious to others.


I humbly ask you to please be lenient to Daniel. He is one of my best friends. He offers me wisdom and counsel when I am lost. He celebrates my wins and joys with me. It would break my heart to lose him to prison. He also values his close friendships, and I know being so isolated would be hard on his mind and heart.


Thank you, Sir, for taking your valuable time to read this.


Sincerely,

Sarah Rossiter

Marie Fiebig
95 - 26th Avenue Court
Milton, WA  98543
253-925-0900
Mariejkf@msn.com

January 30, 2022

Re: Daniel DeJager

To the Honorable Robert J. Jonker:

My husband and I have been blessed to be friends with Daniel DeJager and his family for twenty years.
Daniel has always been the type of person who is willing to help when help is needed.  I remember an
occasion when someone threw eggs at our house during a time when my husband was working out of
town.  The eggs had hit our garage at a height of ten to twelve feet, much higher than I was willing to
climb a ladder and attempt to clean.  Daniel found out about my predicament, and shortly thereafter
Daniel appeared at my door offering to clean the egg detritus.  I was surprised by Daniel's cheerful
willingness to help me with an unpleasant task, but that is one of Daniel's most laudable traits.  Daniel is
always willing to help those in need of his assistance.

Daniel is the kind of person whose integrity, sadly, is becoming rarer in our jaded society.  Daniel is
honest and honorable; he is without artifice.  He trusts his friends to behave with the same integrity.  I
believe Daniel trusted Christopher Boden to administer The Geek Group with impeccable ethics.  Daniel
was mistaken in trusting Mr. Boden.  I believe Mr. Boden led Daniel into a situation that Daniel did not
foresee.  Daniel has told me that he regrets having been drawn into these illegal activities.

I am aware of the seriousness of the felonies to which Daniel has pleaded guilty.  I am aware of the
prison sentence that could be required of Daniel pursuant to these convictions.  However, I do not
believe that incarceration will enhance Daniel's remorse for and understanding of the gravity of these
convictions.  Daniel has already been changed by the reality and magnitude of this situation.  Daniel has
become more introspective and solemn as this case has proceeded.  I believe Daniel henceforth will be
more cautious in trusting the behavior and motives of others.  I believe Daniel will never again be
involved in illegal conduct.

It is devastating to imagine Daniel in a prison cell.  I worry about his safety, physical and mental, during
any prison sentence.  Daniel is not a hardened criminal; he is an honorable man who made a mistake.

Your Honor, I wish you knew Daniel the way I know him.  I hope this letter helps you see the man he is.  I
respectfully request, Your Honor, that you are merciful and spare Daniel from incarceration.

Sincerely,

Marie Fiebig

1

<u>CERTIFICATE OF SERVICE</u>

2       Lee Ann Mathews, hereby certifies under penalty of perjury under the laws of

3   the State of Washington, that on the date set forth below, I electronically filed the

4   foregoing with the Clerk of the Court using the CM/ECF system which will send

5   notification of such filing to the attorneys of record for the plaintiff and co-defendants,

6   if any, and hereby certify that I have mailed the document by U.S. Postal Service to

7   Daniel Dejager, defendant.

8       Signed at Tacoma, Washington this 10th day of February, 2022.

9

10

11

                                */s/ Lee Ann Mathews*

12                               LEE ANN MATHEWS

13

14

15

16

17

18

19

20

21

22

23

24

25

Letters in Support - 2

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON  98405
(253) 272-2157