UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ALLAN BODEN, a/k/a "Captain," LEESA BETH VOGT, a/k/a "Lis Bokt," a/k/a "Moose," and DANIEL REYNOLD DEJAGER, a/k/a "Daniel Reynold," a/k/a "Daniel Miester," a/k/a "Danichi,"<br><br>Defendants. | NO. 21-CR-00040-RJJ<br><br>Hon. Robert J. Jonker<br>Chief United States District Judge<br><br>Hon. Phillip J. Green<br>United States Magistrate Judge |

**DEFENDANT DANIEL DEJAGER'S MOTION FOR DOWNWARD VARIANCE**

Daniel Reynold DeJager, by and through his attorney, Brett A. Purtzer of the Hester Law Group, Inc., P.S., moves this Honorable Court to vary downward from the applicable advisory guideline range in this matter. Under the 18 USC § 3553(a) factors and the standard for the imposition of a sentence sufficient, but not greater than necessary, a downward variance would be appropriate in this case. The basis for this requested variance is further set forth and supported in the Presentence

Report and in Defendant's Sentencing Memorandum filed on this day as well.

Respectfully submitted this 14th day of February, 2022.

HESTER LAW GROUP, INC., P.S.
Attorneys for Defendant DeJager


By: _/s/ Brett A. Purtzer_
BRETT A. PURTZER
WSB #17283
1008 South Yakima, #302
Tacoma, Washington 98405
253 272-2157
brett@hesterlawgroup.com

## CERTIFICATE OF SERVICE

Lee Ann Mathews, hereby certifies under penalty of perjury under the laws of the State of Washington, that on the date set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the plaintiff and co-defendants, if any, and hereby certify that I have mailed the document by U.S. Postal Service to Daniel DeJager, defendant.

Signed at Tacoma, Washington this 14th day of February, 2022.

                                                                           /s/ Lee Ann Mathews
                                                                           LEE ANN MATHEWS