UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CHRISTOPHER ALLAN BODEN, et al.,

        Defendants.
                                        /

No. 1:21-cr-00040

Hon. Robert J. Jonker

## SECOND ORDER AMENDING BOND CONDITIONS

Defendant Christopher Boden requests a second modification of bond orders applicable to himself and one of his co-defendants, Daniel Dejager. Specifically Boden requests permission to attend Dejager's sentencing hearing later today, February 22, 2022, purportedly to support his co-defendant who resides in the State of Oregon, and to speak with Dejager after the sentencing hearing to express his remorse, all of which requires a further modification of the current "no contact" bond condition previously modified by the Court on October 20, 2021 (Dkt# 63, PageID 219). Boden's counsel represents that if the requested modification is granted, he will accompany Boden to Dejager's sentencing hearing. Counsel for Boden also represents that he has sought and obtained concurrence with the requested relief from both Dejager and Dejager's counsel, and that neither the U.S. Attorney's Office nor the U.S. Probation Office objects to the motion.

For good cause shown, the bond conditions for both defendants Boden and Dejager are further amended to modify the "no contact" restriction with each other to allow Boden's attendance at Dejager's sentencing, and to speak with Dejager, after the sentencing, if that is still acceptable

2

with both Dejager and his counsel.  This Order does not apply to the others named in paragraph 16 of the Appearance Bonds. Also, nothing in this Amended Order requires Defendants Boden or Dejager to speak with one another after the sentencing; it simply permits them to do so.

Dated:  February 22, 2022

                                                Hon. Robert J. Jonker

24363797-1