# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

**USA v.** DANIEL REYNOLD DEJAGER

**DISTRICT JUDGE:** Robert J. Jonker

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:21-CR-40-03 | 2/22/2022 | 3:03 - 3:52 p.m. | Grand Rapids | |

### APPEARANCES

**Government:** Justin Matthew Present

**Defendant:** Brett A. Purtzer

**Counsel Designation:** Retained

### TYPE OF HEARING
- [ ] Arraignment:
  - [ ] mute  [ ] nolo contendre
  - [ ] not guilty  [ ] guilty
- [ ] Final Pretrial Conference
- [ ] Detention  (waived __)
- [ ] Motion Hearing
- [ ] Revocation/SRV/PV
- [ ] Bond Violation
- [ ] Change of Plea
- [✓] Sentencing
- [ ] Trial
- [ ] Other: _____

### DOCUMENTS
- [ ] Defendant's Rights
- [ ] Waiver of Indictment
- [ ] Other: _____

Court to Issue:
- [ ] Order of Detention
- [ ] Notice of Sentencing
- [ ] Order Appointing Counsel
- [✓] Other: Judgment

### CHANGE OF PLEA
Charging Document:
- [ ] Read  [ ] Reading Waived

Guilty Plea to Count(s) _____ of the _____

Count(s) to be dismissed at sentencing: _____

- [ ] Presentence Report Ordered
- [ ] Presentence Report Waived
- [ ] Plea Accepted by the Court
- [ ] Plea Taken under Advisement
- [ ] No Written Plea Agreement

### SENTENCING

**Imprisonment:** 10 months
**Probation:**
**Supervised Release:** 3 years
**Fine: $** waived
**Restitution: $**
**Special Assessment: $** 200.00

**Plea Agreement Accepted:** [✓] Yes  [ ] No
**Defendant informed of right to appeal:** [✓] Yes  [ ] No
**Counsel informed of obligation to file appeal:** [✓] Yes  [ ] No

**Conviction Information:**
- Date: 10/7/21
- By: Plea
- As to Count (s): 1 and 4

**ADDITIONAL INFORMATION:**

Remaining counts as to defendant dismissed on motion of the government.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Self-Surrender as notified by US Marshal/BOP | $ |

**CASE TO BE:**

**TYPE OF HEARING:**

**Reporter/Recorder:** Paul Brandell

**Case Manager:** S. Bourque