UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - -

UNITED STATES OF AMERICA,

    Plaintiff,        No. 1:21-CR-40-03

  vs.            Hon. Robert J. Jonker
                 Chief U.S. District Judge

DANIEL REYNOLD DEJAGER, a/k/a
"Daniel Reynold," a/k/a "Daniel Miester,"
a/k/a Danichi,"

    Defendant.
_____/

**AMENDED PROPOSED ORDER
OF FORFEITURE FOR A MONEY JUDGMENT**

  The government's Amended Motion for an Order of Forfeiture for a Money Judgment details the procedural and factual predicate for the entry of the requested order. The record fully supports the recitals in the government's motion. Accordingly, based on all matters of record, IT IS ORDERED that:

  1. Defendant Daniel Reynold Dejager shall forfeit to the United States the sum of $25,000 in United States currency pursuant to 18 U.S.C. §§ 981(a)(1)(c), 982(a)(1), and 28 U.S.C. § 2461(c).

  2. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

  3. Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Order of Forfeiture shall become final as to Defendant Daniel Reynold Dejager at the time of sentencing, and

shall be made part of the sentence and included in the judgment.

4. This Court to retain jurisdiction over this matter for the purpose of amending the Order of Forfeiture to include any subsequently located substitute assets.

**SO ORDERED.**

Dated: __February 23, 2022__        /s/ Robert J. Jonker
                                                              ROBERT J. JONKER
                                                              Chief United States District Judge