PROB 22 (Rev. 10/13)

| | |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Transferring Court)* <br> 1:21:CR:40-03 |
| | DOCKET NUMBER *(Receiving Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE <br><br> DANIEL REYNOLD DEJAGER | DISTRICT <br> WESTERN DISTRICT OF MICHIGAN | DIVISION <br> SOUTHERN |
|---|---|---|
| | NAME OF SENTENCING JUDGE <br> HONORABLE ROBERT J. JONKER | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM <br> 1/9/2023 | TO <br> 1/8/2026 |

OFFENSE

Count One - 18 U.S.C. § 371 and 1960 - Conspiracy to Operate an Unlicensed Money Transmitting Business
Count Four - 18 U.S.C. § 1956(a)(1)(A)(i), (B)(i) - Money Laundering

**PART 1- ORDER TRANFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **WESTERN DISTRICT OF WASHINGTON** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| March 22, 2023 | /s/ Robert J. Jonker |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| | |
|---|---|
| Effective Date | United States District Judge |