UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                          Case No. 1:21-cr-40

    v.                                   Hon. Robert J. Jonker

DANIEL REYNOLD DEJAGER,

        Defendant.
_____/

## CLERK'S NOTICE OF CRIMINAL TRANSFER

TO:  Court Personnel, Washington Western District Court

RE:  Western District of Michigan Transfer of Jurisdiction
       Washington Western Case Number: 3:23CR05086-DGE

Please take notice of the above-mentioned transfer.  We are herewith transmitting to you the Western District of Michigan docket of proceedings associated with the above-entitled case.  The documents that make up the case file are available electronically through PACER.

A Western District of Michigan financial ledger will be sent under separate cover to the Washington Western Finance Department. If additional information is required, contact the Western District of Michigan Finance Department at miwd_finance@miwd.uscourts.gov.

If a passport was previously collected, it will be transmitted by the Western District of Michigan Probation and Pretrial Office to Washington Western. Please contact the Western District of Michigan Probation and Pretrial Office at (616) 456-2384 for further assistance.

For further assistance regarding the Transfer of Jurisdiction, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290-2742 or (616) 456-2206.

                                                              CLERK OF COURT

Dated:  March 28, 2023         By:     /s/ N. Stimec
                                                                 Deputy Clerk