CLOSED

# United States District Court
## Western District of Michigan (Southern Division (1))
## CRIMINAL DOCKET FOR CASE #: <u>1:21−cr−00040−RJJ−3</u>

Case title: USA v. Boden et al

Date Filed: 02/24/2021

Other court case number: 1:21−cr−43 Related Case

Date Terminated: 02/23/2022

Assigned to: Judge Robert J. Jonker

### defendant (3)

**Daniel Reynold Dejager**
*TERMINATED: 02/23/2022*
*also known as*
Daniel Reynold
*TERMINATED: 02/23/2022*
*also known as*
Daniel Miester
*TERMINATED: 02/23/2022*
*also known as*
Danichi
*TERMINATED: 02/23/2022*

represented by **Brett A. Purtzer**
Hester Law Group
1008 S Yakima Ave., Ste. 302
Tacoma, WA 98405
(253) 272−2157
Fax: (253) 572−1441
Email: <u>brett@hesterlawgroup.com</u>
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Pending Counts | Disposition |
|---|---|
| 18:371, 18:1960 CONSPIRACY TO DEFRAUD THE UNITED STATES; conspiracy to operate an unlicensed money transmitting business (1) | 10 months custody, 3 years supervised release, fine waived, $100.00 special assessment |
| 18:1956(a)(1)(A)(i), (B)(i), 18:2 MONEY LAUNDERING – INTERSTATE COMMERCE; money laundering (4) | 10 months custody, concurrent with Count 1, 3 years supervised release, concurrent with Count 1, and $100.00 special assessment |

### Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
|---|---|
| 18:1960, 18:2 MONETARY LAUNDERING; operating an unlicensed money transmitting | dismissed |

business
(2)

| | |
|---|---|
| 18:1956(h) MONEY LAUNDERING – INTERSTATE COMMERCE; conspiracy to launder money (3) | dismissed |
| 18:1956(a)(1)(A)(i), (B)(i), 18:2 MONEY LAUNDERING – INTERSTATE COMMERCE; money laundering (5–14) | dismissed |
| 18:1956(a)(3)(B) MONEY LAUNDERING – INTERSTATE COMMERCE; money laundering (15–16) | dismissed |
| 31:5324(a)(3), (d), 18:2 STRUCTURING TRANSACTIONS TO EVADE REPORTING REQUIREMENTS; structuring (18–27) | dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Justin Matthew Presant** |
| | | U.S. Attorney (Grand Rapids) |
| | | The Law Bldg. |
| | | 330 Ionia Ave., NW |
| | | P.O. Box 208 |
| | | Grand Rapids, MI 49501–0208 |
| | | (616) 456–2404 |
| | | Email: justin.presant@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant U.S. Attorney* |
| | | |
| | | **Daniel T. McGraw** |
| | | U.S. Attorney (Grand Rapids) |
| | | The Law Bldg. |

330 Ionia Ave., NW
P.O. Box 208
Grand Rapids, MI 49501–0208
(616) 456–2404
Email: daniel.mcgraw@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/24/2021 | 1 | | INDICTMENT as to Christopher Allan Boden, Leesa Beth Vogt, Daniel Reynold Dejager (ns) (Entered: 02/25/2021) |
| 02/25/2021 | 2 | | PENALTY SHEET re Indictment 1 as to Christopher Allan Boden, Leesa Beth Vogt, Daniel Reynold Dejager (Presant, Justin) (Entered: 02/25/2021) |
| 02/26/2021 | 3 | | NOTICE AND ORDER of related case that this case is related to 1:21–cr–43 as to defendant Christopher Allan Boden, Leesa Beth Vogt, Daniel Reynold Dejager ; signed by Magistrate Judge Ray Kent (ns) (Entered: 03/01/2021) |
| 03/01/2021 | 4 | | INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT by USA as to defendant Christopher Allan Boden, Leesa Beth Vogt, Daniel Reynold Dejager (Presant, Justin) (Entered: 03/01/2021) |
| 03/02/2021 | | | (NON–DOCUMENT) ATTORNEY APPEARANCE of Brett A. Purtzer for defendant Daniel Reynold Dejager [Attorney Brett A. Purtzer added to party Daniel Reynold Dejager(pty:dft)] (Purtzer, Brett) (Entered: 03/02/2021) |
| 03/02/2021 | 5 | | DEMAND for discovery as to Daniel Reynold Dejager (Purtzer, Brett) (Entered: 03/02/2021) |
| 03/02/2021 | 6 | | MOTION for leave to appear Request to Appear via Zoom Attorney: Brett A. Purtzer by Daniel Reynold Dejager (Attachments: # 1 Proposed Order To Appear via Zoom) (Purtzer, Brett) (Entered: 03/02/2021) |
| 03/03/2021 | | | (NON–DOCUMENT) ORDER REFERRING MOTION for leave to appear Request to Appear via Zoom Attorney: Brett A. Purtzer 6 as to defendant Daniel Reynold Dejager to Magistrate Judge Phillip J. Green under 28 U.S.C. 636(b)(1)(A); signed by Chief Judge Robert J. Jonker (Chief Judge Robert J. Jonker, sdb) (Entered: 03/03/2021) |
| 03/03/2021 | 7 | | ORDER granting motion for leave to appear Zoom 6 as to Daniel Reynold Dejager (3); signed by Magistrate Judge Phillip J. Green (ald) (Entered: 03/03/2021) |
| 03/08/2021 | 10 | | INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT by defendant Daniel Reynold Dejager (Purtzer, Brett) (Entered: 03/08/2021) |
| 03/08/2021 | 17 | | MINUTES held before Magistrate Judge Phillip J. Green of FIRST APPEARANCE and ARRAIGNMENT as to Daniel Reynold Dejager (3)defendant plead not guilty to Counts 1–14,15–16,18–27 of the Indictment; INITIAL PRETRIAL CONFERENCE held; Defendant released on bond (Proceedings Digitally Recorded) (ald) (Entered: 03/08/2021) |
| 03/08/2021 | 18 | | DEFENDANT'S RIGHTS as to defendant Daniel Reynold Dejager (ald) (Entered: 03/08/2021) |

| 03/08/2021 | 19 | | BOND and ORDER setting conditions of release as to defendant Daniel Reynold Dejager (3) 25,000 unsecured bond ; signed by Magistrate Judge Phillip J. Green (ald) (Entered: 03/08/2021) |
|---|---|---|---|
| 03/08/2021 | 20 | | ORDER as to defendant Christopher Allan Boden, Leesa Beth Vogt, Daniel Reynold Dejager re Rule 5(f); signed by Magistrate Judge Phillip J. Green (ald) (Entered: 03/08/2021) |
| 03/09/2021 | 21 | | ORDER as to defendants Christopher Allan Boden, Leesa Beth Vogt, Daniel Reynold Dejager: jury trial set for 5/11/2021 at 08:30 AM at 699 Federal Building, Grand Rapids, MI before Chief Judge Robert J. Jonker; final pretrial conference set for 4/27/2021 at 04:00 PM at 699 Federal Building, Grand Rapids, MI before Chief Judge Robert J. Jonker; signed by Chief Judge Robert J. Jonker (Chief Judge Robert J. Jonker, ymc) (Entered: 03/09/2021) |
| 03/10/2021 | 22 | | MOTION for protective order by USA as to Christopher Allan Boden, Leesa Beth Vogt, Daniel Reynold Dejager (Attachments: # 1 Proposed Order) (Presant, Justin) (Entered: 03/10/2021) |
| 03/10/2021 | 23 | | CERTIFICATE regarding compliance with LCrimR 12.4 by USA as to Christopher Allan Boden, Leesa Beth Vogt, Daniel Reynold Dejager re MOTION for protective order 22 (Presant, Justin) (Entered: 03/10/2021) |
| 03/11/2021 | | | (NON–DOCUMENT) ORDER REFERRING MOTION for protective order 22 filed by USA to District Judge Phillip J. Green; signed by Chief Judge Robert J. Jonker (Chief Judge Robert J. Jonker, sdb) (Entered: 03/11/2021) |
| 03/15/2021 | 24 | | RESPONSE to motion by Leesa Beth Vogt as to Christopher Allan Boden, Leesa Beth Vogt, Daniel Reynold Dejager re MOTION for protective order 22 *Joint Response* (Borgula, Matthew) (Entered: 03/15/2021) |
| 03/26/2021 | 25 | | NOTICE OF HEARING ON MOTION as to defendant Christopher Allan Boden, Leesa Beth Vogt, Daniel Reynold Dejager regarding document number(s) 22 :motion hearing is set for 3/31/2021 at 03:00 PM at 601 Federal Building, Grand Rapids, MI before Magistrate Judge Phillip J. Green (ald) (Entered: 03/26/2021) |
| 03/31/2021 | 26 | | MINUTES held before Magistrate Judge Phillip J. Green of motion hearing as to defendant Christopher Allan Boden, Leesa Beth Vogt, Daniel Reynold Dejager re 22 MOTION for protective order filed by USA; counsel to file amended proposed protective order (Proceedings Digitally Recorded) (ald) (Entered: 03/31/2021) |
| 04/01/2021 | 27 | | AMENDED PROPOSED ORDER by USA as to Christopher Allan Boden, Leesa Beth Vogt, Daniel Reynold Dejager (Presant, Justin) Modified text on 4/1/2021, per ECF helpdesk call (eod) (Entered: 04/01/2021) |
| 04/01/2021 | 28 | | ORDER granting motion for protective order 22 as to Christopher Allan Boden (1), Leesa Beth Vogt (2), Daniel Reynold Dejager (3); signed by Magistrate Judge Phillip J. Green (ald) (Entered: 04/01/2021) |
| 04/09/2021 | 29 | | UNOPPOSED MOTION for ends of justice continuance by Christopher Allan Boden, Leesa Beth Vogt, Daniel Reynold Dejager (Lennon, Brian) (Entered: 04/09/2021) |
| 04/09/2021 | 30 | | |

| | | | |
|---|---|---|---|
| | | | CERTIFICATE regarding compliance with LCrimR 12.4 by Christopher Allan Boden, Leesa Beth Vogt, Daniel Reynold Dejager re UNOPPOSED MOTION for ends of justice continuance 29 (Lennon, Brian) (Entered: 04/09/2021) |
| 04/09/2021 | 32 | | CONSENT TO ADJOURNMENT/WAIVER of Speedy Trial by Daniel Reynold Dejager (Purtzer, Brett) (Entered: 04/09/2021) |
| 04/12/2021 | 34 | | ORDER granting motion for ends of justice continuance 29 as to Christopher Allan Boden (1), Leesa Beth Vogt (2), Daniel Reynold Dejager (3); final pretrial conference reset for 8/27/2021 at 03:00 PM at 699 Federal Building, Grand Rapids, MI before Chief Judge Robert J. Jonker; dispositive motions due by 7/1/2021; jury trial reset for 9/21/2021 at 08:30 AM at 699 Federal Building, Grand Rapids, MI before Chief Judge Robert J. Jonker; ; signed by Chief Judge Robert J. Jonker (Chief Judge Robert J. Jonker, ymc) (Entered: 04/12/2021) |
| 06/21/2021 | 35 | | JOINT MOTION for extension of time to file *Pre−Trial Motions* by Christopher Allan Boden, Leesa Beth Vogt, Daniel Reynold Dejager (Lennon, Brian) (Entered: 06/21/2021) |
| 06/21/2021 | 36 | | ORDER granting motion for extension of time to file pretrial motions 35 as to Christopher Allan Boden (1), Leesa Beth Vogt (2), Daniel Reynold Dejager (3) ; signed by Chief Judge Robert J. Jonker (Chief Judge Robert J. Jonker, ymc) (Entered: 06/21/2021) |
| 07/15/2021 | 37 | | JOINT MOTION to dismiss *Counts 1−14 of the Indictment and Brief in Support* by Christopher Allan Boden, Leesa Beth Vogt, Daniel Reynold Dejager (Lennon, Brian) (Entered: 07/15/2021) |
| 07/15/2021 | 38 | | CERTIFICATE by Christopher Allan Boden, Leesa Beth Vogt, Daniel Reynold Dejager re word count for JOINT MOTION to dismiss *Counts 1−14 of the Indictment and Brief in Support* 37 (Lennon, Brian) (Entered: 07/15/2021) |
| 07/26/2021 | 39 | | JOINT MOTION for ends of justice continuance by Christopher Allan Boden, Leesa Beth Vogt, Daniel Reynold Dejager (Lennon, Brian) (Entered: 07/26/2021) |
| 07/26/2021 | 40 | | CERTIFICATE regarding compliance with LCrimR 12.4 by Christopher Allan Boden, Leesa Beth Vogt, Daniel Reynold Dejager re JOINT MOTION for ends of justice continuance 39 (Lennon, Brian) (Entered: 07/26/2021) |
| 07/27/2021 | 41 | | ORDER granting motion for ends of justice continuance 39 as to Christopher Allan Boden (1), Leesa Beth Vogt (2), Daniel Reynold Dejager (3): final pretrial conference set for 10/18/2021 at 04:00 PM at 699 Federal Building, Grand Rapids, MI before Chief Judge Robert J. Jonker; dispositive motions due by 8/23/2021; jury trial set for 11/2/2021 at 08:30 AM at 699 Federal Building, Grand Rapids, MI before Chief Judge Robert J. Jonker; signed by Chief Judge Robert J. Jonker (Chief Judge Robert J. Jonker, sdb) (Entered: 07/27/2021) |
| 08/12/2021 | 42 | | RESPONSE in opposition by USA as to Christopher Allan Boden, Leesa Beth Vogt, Daniel Reynold Dejager re JOINT MOTION to dismiss *Counts 1−14 of the Indictment and Brief in Support* 37 (Presant, Justin) (Entered: 08/12/2021) |
| 08/26/2021 | 43 | | |

| | | | |
|---|---|---|---|
| | | | REPLY TO RESPONSE to motion by Christopher Allan Boden, Leesa Beth Vogt, Daniel Reynold Dejager re JOINT MOTION to dismiss *Counts 1–14 of the Indictment and Brief in Support* 37 (Lennon, Brian) (Entered: 08/26/2021) |
| 08/26/2021 | 44 | | CERTIFICATE by Christopher Allan Boden as to Christopher Allan Boden, Leesa Beth Vogt, Daniel Reynold Dejager re word count for Reply to Response to Motion 43 (Lennon, Brian) (Entered: 08/26/2021) |
| 09/03/2021 | 45 | | NOTICE OF HEARING ON MOTION as to defendant Christopher Allan Boden, Leesa Beth Vogt, Daniel Reynold Dejager regarding document number(s) 37 : motion hearing is set for 9/20/2021 at 02:00 PM at 699 Federal Building, Grand Rapids, MI before Chief Judge Robert J. Jonker; (Chief Judge Robert J. Jonker, sdb) (Entered: 09/03/2021) |
| 09/20/2021 | 46 | | MINUTES of motion hearing as to defendant Christopher Allan Boden, Leesa Beth Vogt, Daniel Reynold Dejager re 37 JOINT MOTION to dismiss *Counts 1–14 of the Indictment and Brief in Support* filed by Leesa Beth Vogt, Christopher Allan Boden, Daniel Reynold Dejager held before Chief Judge Robert J. Jonker (Court Reporter: Paul Brandell) (Chief Judge Robert J. Jonker, ymc) (Entered: 09/21/2021) |
| 09/21/2021 | 47 | | ORDER denying motion to dismiss 37 as to Christopher Allan Boden (1), Leesa Beth Vogt (2), Daniel Reynold Dejager (3) ; signed by Chief Judge Robert J. Jonker (Chief Judge Robert J. Jonker, ymc) (Entered: 09/21/2021) |
| 09/29/2021 | 50 | | PLEA AGREEMENT as to Daniel Reynold Dejager (Presant, Justin) (Entered: 09/29/2021) |
| 10/04/2021 | 52 | | NOTICE as to Daniel Reynold Dejager: change of plea hearing is set for 10/7/2021 at 02:00 PM at 699 Federal Building, Grand Rapids, MI before Chief Judge Robert J. Jonker; (Chief Judge Robert J. Jonker, sdb) (Entered: 10/04/2021) |
| 10/05/2021 | 54 | | NOTICE rescheduling hearing as to Christopher Allan Boden, Leesa Beth Vogt, Daniel Reynold Dejager that was previously set for 10/18/21; a final pretrial conference, if necessary, is set for 10/26/2021 at 10:00 AM at 699 Federal Building, Grand Rapids, MI before Chief Judge Robert J. Jonker; (Chief Judge Robert J. Jonker, sdb) (Entered: 10/05/2021) |
| 10/07/2021 | 57 | | MINUTES of CHANGE OF PLEA as to defendant Daniel Reynold Dejager: defendant plead guilty to count(s) 1 and 4 of the Indictment held before Chief Judge Robert J. Jonker (Court Reporter: Paul Brandell) (Chief Judge Robert J. Jonker, sdb) (Entered: 10/07/2021) |
| 10/07/2021 | 58 | | NOTICE as to defendant Daniel Reynold Dejager: sentencing set for 2/22/2022 at 03:00 PM at 699 Federal Building, Grand Rapids, MI before Chief Judge Robert J. Jonker; defense counsel should review the obligations section of the WDMI website (Chief Judge Robert J. Jonker, sdb) (Entered: 10/07/2021) |
| 10/07/2021 | 59 | | ORDER amending conditions of bond as to defendant Daniel Reynold Dejager ; signed by Chief Judge Robert J. Jonker (Chief Judge Robert J. Jonker, ymc) (Entered: 10/07/2021) |
| 10/20/2021 | 63 | | ORDER Amending Bond Conditions as to defendant Christopher Allan Boden, Daniel Reynold Dejager ; signed by Chief Judge Robert J. Jonker (Chief Judge Robert J. Jonker, ymc) (Entered: 10/20/2021) |

| 10/25/2021 | 64 | | TRANSCRIPT of Motion to Dismiss as to defendant Christopher Allan Boden, Leesa Beth Vogt, Daniel Reynold Dejager held 09/20/2021 before Honorable Robert J. Jonker ; NOTE: this transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the release of transcript restriction date; after that date it may be obtained through PACER; under the Policy Regarding Transcripts the parties have 14 days within which to file a Notice of Intent to Request Redaction, and 21 days within which to file a Redaction Request; if no Redaction Request is filed, the court will assume redaction of personal identifiers is not necessary and this transcript will be made available via PACER after the release of transcript restriction set for 1/24/2022 ; redaction request due 11/15/2021 (Court Reporter–Transcriptionist: Brandell, Paul (517) 230–7507) (Entered: 10/25/2021) |
| --- | --- | --- | --- |
| 12/07/2021 | 65 | | PROPOSED ORDER *for Preliminary Order of Forfeiture* by USA as to Christopher Allan Boden, Leesa Beth Vogt, Daniel Reynold Dejager [Attorney Daniel T. McGraw added to party USA(pty:pla)] (McGraw, Daniel) (Entered: 12/07/2021) |
| 12/07/2021 | 68 | | MOTION for forfeiture of property *Motion for Order of Forfeiture for a Money Judgment* by USA as to Daniel Reynold Dejager (Attachments: # 1 Proposed Order) (McGraw, Daniel) (Entered: 12/07/2021) |
| 01/10/2022 | 70 | | (RESTRICTED ACCESS) INITIAL PRESENTENCE REPORT as to Daniel Reynold Dejager ; an objection meeting, if necessary, is scheduled for January 25, 2022, at 1:30 p.m., via telephone, with this U.S. Probation Officer [Access to this document is available to the Court and attorney(s) for USA, Daniel Reynold Dejager only], USPO Gonzalez, Amber) (Entered: 01/10/2022) |
| 01/14/2022 | 75 | | (RESTRICTED ACCESS) OBJECTION/RESPONSE to Presentence Report, 70 by USA [Access to this document is available to the Court and attorney(s) for USA, Daniel Reynold Dejager only] (Presant, Justin) (Entered: 01/14/2022) |
| 02/07/2022 | 78 | | (RESTRICTED ACCESS) FINAL PRESENTENCE REPORT as to Daniel Reynold Dejager [Access to this document is available to the Court and attorney(s) for USA, Daniel Reynold Dejager only], USPO Gonzalez, Amber) (Entered: 02/07/2022) |
| 02/09/2022 | 82 | | AMENDED MOTION for forfeiture of property *Forfeiture Money Judgment* by USA as to Daniel Reynold Dejager (Attachments: # 1 Proposed Order) (McGraw, Daniel) (Entered: 02/09/2022) |
| 02/10/2022 | 85 | | SENTENCING MEMORANDUM by USA as to Christopher Allan Boden, Leesa Beth Vogt, Daniel Reynold Dejager (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Presant, Justin) (Entered: 02/10/2022) |
| 02/10/2022 | 86 | | CHARACTER REFERENCE LETTER(S) re Daniel Reynold Dejager (Purtzer, Brett) (Entered: 02/10/2022) |
| 02/14/2022 | 90 | | MOTION for variance under 18 U.S.C. 3553(a) by Daniel Reynold Dejager (Purtzer, Brett) (Entered: 02/14/2022) |
| 02/14/2022 | 91 | | SENTENCING MEMORANDUM by Daniel Reynold Dejager *& Brief in Support of Motion for Downward Variance* (Purtzer, Brett) (Entered: 02/14/2022) |

| 02/22/2022 | 93 | | MOTION for bond –*amend bond conditions*, MOTION to amend/correct 63 Order Modifying Conditions of Bond, 13 Bond and Order Setting Conditions of Release *EXPEDITED CONSIDERATION REQUESTED* by Christopher Allan Boden as to Christopher Allan Boden, Leesa Beth Vogt, Daniel Reynold Dejager (Attachments: # 1 Proposed Order Amending Bond Conditions) (Lennon, Brian) (Entered: 02/22/2022) |
|---|---|---|---|
| 02/22/2022 | 94 | | CERTIFICATE regarding compliance with LCrimR 12.4 by Christopher Allan Boden as to Christopher Allan Boden, Leesa Beth Vogt, Daniel Reynold Dejager re MOTION for bond –*amend bond conditions* MOTION to amend/correct 63 Order Modifying Conditions of Bond, 13 Bond and Order Setting Conditions of Release *EXPEDITED CONSIDERATION REQUESTED* 93 (Lennon, Brian) (Entered: 02/22/2022) |
| 02/22/2022 | 96 | | MINUTES of SENTENCING for Daniel Reynold Dejager (3), Count(s) 1, 10 months custody, 3 years supervised release, fine waived, $100.00 special assessment; Count(s) 15–16, 18–27, 2, 3, 5–14, dismissed; Count(s) 4, 10 months custody, concurrent with Count 1, 3 years supervised release, concurrent with Count 1, and $100.00 special assessment; defendant advised of right to appeal; held before Chief Judge Robert J. Jonker (Court Reporter: Paul Brandell) (Chief Judge Robert J. Jonker, sdb) (Entered: 02/23/2022) |
| 02/23/2022 | 97 | | ORDER granting motion for forfeiture of property 82 as to Daniel Reynold Dejager (3); signed by Chief Judge Robert J. Jonker (Chief Judge Robert J. Jonker, sdb) (Entered: 02/23/2022) |
| 02/23/2022 | 98 | | JUDGMENT as to defendant Daniel Reynold Dejager ; signed by Chief Judge Robert J. Jonker (Chief Judge Robert J. Jonker, ymc) (Entered: 02/23/2022) |
| 02/23/2022 | 99 | | (RESTRICTED ACCESS) STATEMENT OF REASONS re 98 as to Daniel Reynold Dejager [Access to this document is available to the Court and attorney(s) for USA, Daniel Reynold Dejager only] (Chief Judge Robert J. Jonker, ymc) (Entered: 02/23/2022) |
| 02/23/2022 | 100 | | ORDER granting preliminary order of forfeiture 65 as to Christopher Allan Boden (1), Leesa Beth Vogt (2), Daniel Reynold Dejager (3) ; signed by Chief Judge Robert J. Jonker (Chief Judge Robert J. Jonker, ymc) (Entered: 02/23/2022) |
| 01/13/2023 | 114 | | MOTION for forfeiture of property *with proposed order and exhibit* by USA as to Christopher Allan Boden, Leesa Beth Vogt, Daniel Reynold Dejager (Attachments: # 1 Proposed Order, # 2 Exhibit) (McGraw, Daniel) (Entered: 01/13/2023) |
| 01/13/2023 | 116 | | ORDER granting motion for forfeiture of property 114 as to Christopher Allan Boden (1), Leesa Beth Vogt (2), Daniel Reynold Dejager (3); signed by Judge Robert J. Jonker (Judge Robert J. Jonker, sdb) (Entered: 01/13/2023) |
| 03/22/2023 | 119 | | ORDER TRANSFERRING JURISDICTION of probationer/supervised releasee Daniel Reynold Dejager to Western District of Washington; signed by Judge Robert J. Jonker (elam) (Entered: 03/22/2023) |
| 03/27/2023 | 120 | | PROBATION/SUPERVISED RELEASE JURISDICTION TRANSFERRED to WESTERN DISTRICT OF WASHINGTON as to Daniel Reynold Dejager and assigning case number 3:23CR05086–DGE (dmt, ) (Entered: 03/27/2023) |

PROB 22 (Rev. 10/13)

| | DOCKET NUMBER *(Transferring Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 1:21:CR:40-03 |
| | DOCKET NUMBER *(Receiving Court)* |
| | 3:23-cr-05086-DGE |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| DANIEL REYNOLD DEJAGER | WESTERN DISTRICT OF MICHIGAN | SOUTHERN |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | HONORABLE ROBERT J. JONKER |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 1/9/2023 | TO 1/8/2026 |
|---|---|---|

OFFENSE

Count One - 18 U.S.C. § 371 and 1960 - Conspiracy to Operate an Unlicensed Money Transmitting Business
Count Four - 18 U.S.C. § 1956(a)(1)(A)(i), (B)(i) - Money Laundering

**PART 1- ORDER TRANFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **WESTERN DISTRICT OF WASHINGTON** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| March 22, 2023 | /s/ Robert J. Jonker |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| March 23, 2023 | |
|---|---|
| Effective Date | United States District Judge |